| Attorney or Party Name, Address, Telephone and FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Michael Jay Berger**<br>**9454 Wilshire Boulevard, 6th floor**<br>**Beverly Hills, CA 90212**<br>**(310) 271-6223 Fax: (310) 271-9805**<br>California State Bar Number: **100291 CA**<br>**michael.berger@bankruptcypower.com** | |

☐ Individual appearing without attorney
☑ Attorney for

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: | CASE NO.: **2:25-bk-11641-BR**<br>CHAPTER: **11** |
|---|---|
| **Thomas St. John, Inc.**<br><br><br>Debtor(s) | NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: (title of motion[1]):<br>**STIPULATION FOR ORDER 1) TO REJECT LEASE WITH CENTER WEST, LP FOR PROPERTY LOCATED AT 10877 WILSHIRE BLVD., SUITE 1550, LOS ANGELES, CA 90024, AND 2) TO ALLOW AN ADMINISTRATIVE CLAIM FOR RENT** |

PLEASE TAKE NOTE that the order titled **ORDER APPROVING STIPULATION FOR ORDER 1) TO REJECT LEASE WITH CENTER WEST, LP FOR PROPERTY LOCATED AT 10877 WILSHIRE BLVD., SUITE 1550, LOS ANGELES, CA 90024, AND 2) TO ALLOW AN ADMINISTRATIVE CLAIM FOR RENT** was lodged on (date) __4/17/2025__ and is attached. This order relates to the motion which is docket number __35__.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 1          F 9021-1.2.BK.NOTICE.LODGMENT

MICHAEL JAY BERGER (State Bar # 100291)
SOFYA DAVTYAN (State Bar # 259544)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212-2929
Telephone:   (310) 271-6223
Facsimile:    (310) 271-9805
E-mail: Michael.Berger@bankruptcypower.com
E-mail: Sofya.Davtyan@bankruptcypower.com

Counsel for Debtor-in-Possession
Thomas St. John, Inc.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re:

Thomas St. John, Inc.,

     Debtor-in-Possession.

CASE NO.:  2:25-bk-11641-BR

Chapter 11(Subchapter V)

ORDER APPROVING STIPULATION 1) TO REJECT LEASE WITH CENTER WEST, LP FOR PROPERTY LOCATED AT 10877 WILSHIRE BLVD., SUITE 1550, LOS ANGELES, CA 90024, AND 2) TO ALLOW AN ADMINISTRATIVE CLAIM FOR RENT

[No Hearing Required]

1

The Court, having reviewed the Stipulation for 1) To Reject Lease with Center West, LP for Property Located at 10877 Wilshire Blvd., Suite 1550, Los Angeles, CA 90024, and 2) to Allow an Administrative Claim For Rent between Debtor-in-Possession, Thomas St. John Inc., and Center West, LP, (the "Stipulation") [docket no. 35], and good cause appearing,

IT IS HEREBY ORDERED as follows:

1. The Stipulation is approved.
2. The Lease shall be deemed terminated and rejected as of April 11, 2025, pursuant to 11 U.S.C. § 365.

###

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**

A true and correct copy of the foregoing document entitled (*specify*): __**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE**__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On __**4/17/2025**__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Interested Party: Ron Bender    rb@lnbyg.com
Michael Jay Berger    michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
Interested Party: Debra Brand    dbrand@yaspanlaw.com
Leaf Capital Funding Jennifer Witherell Crastz    jcrastz@hrhlaw.com
Counsel for Center West: Stella A Havkin    stella@havkinandshrago.com, shavkinesq@gmail.com
Subchapter V Trustee: Gregory Kent Jones (TR)    gjones@sycr.com,
smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com
Interested Party: Jeffrey S Kwong    jsk@lnbyg.com, jsk@ecf.inforuptcy.com
Interested Party: Matthew A Lesnick    matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
U.S. Trustee: Ron Maroko    ron.maroko@usdoj.gov
Interested Parties Howard Ruddell    hruddell@mooreruddell.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On ____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4/17/2025 | Peter Garza | /s/Peter Garza |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**