RON BENDER (SBN 143364)
JEFFREY S. KWONG (SBN 288239)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, CA 90034
Telephone: (310) 229-1234
Facsimile:  (310) 229-1244
Email:  rb@lnbyg.com; jsk@lnbyg.com

Attorneys for David K. Gottlieb,
Chapter 7 Trustee for the Bankruptcy Estate of
Philip M. Lawrence, II

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>THOMAS ST. JOHN, INC.,<br><br>Debtor. | Case No. 2:25-bk-11641-BR<br><br>Chapter 11<br><br>**NOTICE OF MOTION FOR ORDER EXTENDING THE BAR DATE FOR THE TRUSTEE TO FILE PROOFS OF CLAIM**<br><br>**Hearing:**<br>Date:    May 20, 2025<br>Time:   10:00 a.m.<br>Place:   Courtroom 1668<br>            255 E. Temple Street<br>            Los Angeles, California 90012 |

i

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE, AND INTERESTED PARTIES ENTITLED TO NOTICE:**

**PLEASE TAKE NOTICE** that a hearing will be held at the above-reference date, time, and location before the Honorable Barry Russell, United States Bankruptcy Judge for the Central District of California (the "Court"), in courtroom 1668 located at 255 East Temple Street, Los Angeles, California, to consider the motion (the "Motion") filed by David K. Gottlieb, the chapter 7 trustee (the "Trustee") in the bankruptcy case of Philip M. Lawrence, II (the "Lawrence Debtor") for the entry of an order extending the deadline for the Trustee to file proofs of claim in the bankruptcy case of Thomas St. John, Inc. (the "Debtor") from April 25, 2025 to August 25, 2025 for "cause," without prejudice to the Trustee seeking further extensions.

**PLEASE TAKE FURTHER NOTICE** that the Motion is based upon this Notice, the moving papers and accompanying memorandum of points and authorities, the supporting declarations, and all exhibits and evidence attached thereto. The Motion is brought pursuant to *inter alia* Rules 3003(c)(3) and 9006(b)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 9013-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Central District of California (the "Local Rules").

**PLEASE TAKE FURTHER NOTICE** that the Motion is on file with the Court and is available for inspection and copying at the office of the Clerk of the Court. A copy of the Motion may also be obtained by sending a written request to counsel for the Trustee, Levene, Neale, Bender, Yoo & Golubchik L.L.P., 2818 La Cienega Avenue, Los Angeles, CA 90034, Attn: Jeffrey S. Kwong, Tel: (310) 229-1234, Fax: (310) 229-1244, Email: JSK@LNBYG.com.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 9013-1(f), any opposition to the Motion must be filed with the clerk of the Court and served upon the Office of the United States Trustee, as well as counsel for the Trustee, whose address appears in the top left corner of the first page of this Notice, at least fourteen (14) days prior to the hearing date. Pursuant to Local Rule 9013-1(h), the failure to file timely an opposition to the Motion may be deemed by the Court to be consent to the granting of the relief requested in the Motion.

1

**WHEREFORE**, the Trustee respectfully requests that the Court enter an order:

(1) Granting the Motion;

(2) Extending the deadline for the Trustee to file proofs of claim from April 25, 2025 to August 25, 2025, without prejudice to the Trustee seeking future extensions or, alternatively, deeming the Protective POC (attached as Exhibit "9" to the Motion) to be timely filed; and

(3) Granting such other and further relief as the Court deems just and proper.

DATED: April 24, 2025                    LEVENE, NEALE, BENDER, YOO &
                                         GOLUBCHIK L.L.P.

                                         By: */s/ Jeffrey S. Kwong*
                                             RON BENDER
                                             JEFFREY S. KWONG
                                         Attorneys for David K. Gottlieb
                                         Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 2818 La Cienega Avenue, Los Angeles, California 90034.

A true and correct copy of the foregoing document entitled **NOTICE OF MOTION FOR ORDER EXTENDING THE BAR DATE FOR THE TRUSTEE TO FILE PROOFS OF CLAIM** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 24, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Ron Bender**     rb@lnbyg.com
- **Michael Jay Berger**     michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- **Debra Brand**     dbrand@yaspanlaw.com
- **Jennifer Witherell Crastz**     jcrastz@hrhlaw.com
- **Stella A Havkin**     stella@havkinandshrago.com, shavkinesq@gmail.com
- **Gaye N Heck**     gheck@bbslaw.com
- **Gregory Kent Jones (TR)**     gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com
- **Jeffrey S Kwong**     jsk@lnbyg.com, jsk@ecf.inforuptcy.com
- **Matthew A Lesnick**     matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **Ron Maroko**     ron.maroko@usdoj.gov
- **Howard Ruddell**     hruddell@mooreruddell.com
- **United States Trustee (LA)**     ustpregion16.la.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**: On **April 24, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| *RSN*<br>Jennifer Witherell Crastz, Esq.<br>HEMAR, ROUSSO & HEALD, LLP<br>15910 Ventura Boulevard, 12th Floor<br>Encino, California 91436-2829 | The Hon. Barry Russell<br>United States Bankruptcy Court<br>255 E. Temple Street, Suite 1660<br>Los Angeles, CA 90012 |

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 24, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Served by Email:**
Michael Berger Michael.Berger@bankruptcypower.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                          **F 9013-3.1.PROOF.SERVICE**

1
2
3

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

4

| **April 24, 2025** | Lisa Masse | */s/ Lisa Masse* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

```
Label Matrix for local noticing      Center West                              Leaf Capital Funding, LLC
0973-2                                c/o Stella Havkin                       c/o Hemar, Rousso & Heald, LLP
Case 2:25-bk-11641-BR                 21650 Oxnard Street, Suite 1540         15910 Ventura Blvd., 12th Floor
Central District of California        Woodland Hills, CA 91367-7858           Encino, CA 91436-2802
Los Angeles
Thu Apr 24 11:59:06 PDT 2025

Thomas St. John, Inc.                 Tipalti, Inc.                           Los Angeles Division
10877 Wilshire Blvd.                  c/o Bialson, Bergen & Schwab            255 East Temple Street,
Los Angeles, CA 90024-4351            Attn: Lawrence Schwab/Gaye Heck         Los Angeles, CA 90012-3332
                                      830 Menlo Ave., Suite 201
                                      Menlo Park, CA 94025-4734

AMB Industry Group LLC                Agicap SAS                              American Arbitration Association
14141 Southwest Freeway               Immeuble Lyon Vaise Saint Cyr 57-59     120 Broadway, 21st Floor
Sugar Land, TX 77478-3493             Rue Saint Cyr, 69009, Lyon France       New York, NY 10271-2700


CSC Corporate Domains, Inc.           Canon Financial Services Inc.           Carlo Davoody
251 Little Falls Dr.                  158 Gaither Dr.                         c/o Moore Ruddell LLP
Wilmington, DE 19808-1674             Mount Laurel, NJ 08054-1716             Howard D. Rudell, Esq.
                                                                              21250 Hawthorne Blvd., Suite 500
                                                                              Torrance, CA 90503-5514

Center West                           Center West                             City National Bank
10866 Wilshire Blvd., Ste 300         10877 Wilshire Blvd., Ste 300           PO BOX 60938
Los Angeles, CA 90024-4350            Los Angeles, CA 90024-4311              Los Angeles, CA 90060-0938


Connection Financial Services         Cypress Premium Funding                 DE 16830, LLC
2330 I-30                             28202 Cabot Rd. Ste. 435                Douglas Emmett Management, agent
Mesquite, TX 75150-2720               Laguna Niguel, CA 92677-1249            1299 Ocean Ave., Ste. 1000
                                                                              Santa Monica, CA 90401-1063

DE 16830, LLC                         Datafaction Inc.                        Douglas Emmet
c/o Sklar Kirsh, LLP                  841 Apollo St.                          1299 Ocean Ave
1880 Centura Park East, Suite 300     El Segundo, CA 90245-4721               Santa Monica, CA 90401-1038
Los Angeles, CA 90067-1631


Douglas Emmett & Co.                  Douglas Emmett Management, LLC          (p)RISE LAW FIRM PC
808 Wilshire Blvd., 2nd Floor         c/o Jennifer Reagan                     8383 WILSHIRE BOULEVARD
Santa Monica, CA 90401-1889           Administrative Assistant                SUITE 800
                                      16830 Ventura Blvd., Ste 230            BEVERLY HILLS CA 90211-2440
                                      Encino, CA 91436-1723

Franchise Tax Board                   Front App, Inc.                         INTERNAL REVENUE SERVICE
Bankruptcy Section MS A340            300 Montgomery St.                      CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 2952                           San Francisco, CA 94104-1902            PO BOX 7346
Sacramento CA 95812-2952                                                      PHILADELPHIA, PA 19101-7346


Ideals Solutions Group                Jackson Lewis P.C.                      Jackson Lewis PC
815 N. Royal St.                      c/of Kevin D. Reese, Esq.               1133 Westchester Ave Suite S125
Alexandria, VA 22314-1777             50 California Street, 9th Floor         West Harrison NY 10604-3580
                                      San Francisco, CA 94111-4615
```

| | | |
|---|---|---|
| (p)KLAR CONSULTING LLC<br>ATTN LISA KLAR<br>197 SCHOOLHOUSE RD<br>STAATSBURG NY 12580-6234 | Leaf Capital Funding, LLC<br>2005 Market Street, 14th Fl<br>Philadelphia, PA 19103-7009 | Leaf Capital Funding, LLC<br>c/o Hemar, Rousso & Heald, LLP<br>Attn: Jennifer Witherell Crastz<br>15910 Ventura Blvd., 12th Floor<br>Encino, CA 91436-2813 |
| Leaf Funding<br>Insurance Service Center<br>PO Box 202124<br>Florence, SC 29502-2124 | Maintech, Inc.<br>14 Commerce Dr.<br>Clatskanie, OR 97016 | Nonyelum Nwasike<br>c/o Eliot J. Rushovich, Esq.<br>8383 Wilshire Blvd.,<br>Beverly Hills, CA 90211-2425 |
| Paracorp<br>PO Box 160568<br>Sacramento, CA 95816-0568 | Rust August & Kabat<br>12424 Wilshire Blvd<br>Los Angeles, CA 90025-1031 | Sheridan Group<br>2045 Pontius Ave<br>Los Angeles, CA 90025-5613 |
| Silver Sea Analytics Co.<br>5/514 Hoang Hoa Tham St.<br>Tay Ho Disrtict 100000<br>Hanoi, Vietnam | Sklar Kirsh, LLP<br>1880 Century Park East<br>Los Angeles, CA 90067-1631 | TSJ Ark, LLC<br>10877 Wilshire Blvd. Suite 1550<br>Los Angeles, CA 90024-4351 |
| Thomas St. John Sweden AB<br>101 21<br>Stockholm Sweden | Tipalti Inc<br>1051 E Hillsdale Blvd. Ste. 600<br>San Mateo, CA 94404-1640 | United States Trustee (LA)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 |
| Wayne Kamemoto<br>c/o Nassiri & Jung LLP<br>Charles H. Jung, Esq.<br>707 Wilshire Blvd., 46th Floor<br>Los Angeles, CA 90017-3501 | Wolters Kluwer<br>PO Box 5729<br>Carol Stream, IL 60197-5729 | Zoom Video Communications<br>55 South Almaden Blvd<br>San Jose, CA 95113-1685 |
| Gregory Kent Jones (TR)<br>Stradling Yocca Carlson & Rauth<br>10100 N. Santa Monica Blvd., Suite 1400<br>Los Angeles, CA 90067-4140 | Michael Jay Berger<br>9454 Wilshire Blvd 6th Fl<br>Beverly Hills, CA 90212-2980 | Michael Jay Berger<br>Law Office of Michael Jay Berger<br>9454 Wilshire Blvd<br>6th Floor<br>Beverly Hills, CA 90212-2980 |
| Robert M. Law Offices of Robert M. Yaspan<br>21700 Oxnard Street Suite 1750<br>Woodland Hills, CA 91367-7593 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Eliot Rushovich<br>8383 Wilshire Boulevard<br>Suite 800<br>Beverly Hills, CA 90211 | Klar Consulting LLC<br>197 Schoolhouse Road<br>Staatsburg, NY 12580 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

(u)Exclaimer LTD
250 Fowler Ave
Famborough GU14 7JP
United Kingom

(u)Thomas St. John Group Inc.
16-19 Eastcastle St
Fitzrovia W1W8DY

(u)Vinci Legal LTD
20 Grosvenor Place
London, SW1X7HN

End of Label Matrix
Mailable recipients    51
Bypassed recipients     4
Total                  55