United States Bankruptcy Court

Central District of California

In re:                                                              Case No. 25-11641-BR

Thomas St. John, Inc.                                              Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0973-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 25, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Thomas St. John, Inc., 10877 Wilshire Blvd., Los Angeles, CA 90024-4351 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2025        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Debra Brand | on behalf of Interested Party Courtesy NEF dbrand@yaspanlaw.com |
| Gaye N Heck | on behalf of Creditor Tipalti  Inc. gheck@bbslaw.com |
| Gregory Kent Jones (TR) | gjones@sycr.com  smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com |
| Howard Ruddell | on behalf of Interested Party Courtesy NEF hruddell@mooreruddell.com |
| Jeffrey S Kwong | on behalf of Interested Party David K. Gottlieb  Chapter 7 Trustee for the Bankruptcy Estate of Philip M. Lawrence, II jsk@lnbyg.com, jsk@ecf.inforuptcy.com |
| Jeffrey S Kwong | on behalf of Interested Party Courtesy NEF jsk@lnbyg.com  jsk@ecf.inforuptcy.com |

District/off: 0973-2                          User: admin                                    Page 2 of 2
Date Rcvd: Apr 25, 2025                       Form ID: pdf042                          Total Noticed: 1

Jennifer Witherell Crastz

on behalf of Creditor Leaf Capital Funding  LLC jcrastz@hrhlaw.com

Matthew A Lesnick

on behalf of Interested Party Courtesy NEF matt@lesnickprince.com  matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Michael Jay Berger

on behalf of Debtor Thomas St. John  Inc. michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Ron Bender

on behalf of Interested Party Courtesy NEF rb@lnbyg.com

Ron Maroko

on behalf of U.S. Trustee United States Trustee (LA) ron.maroko@usdoj.gov

Stella A Havkin

on behalf of Creditor Center West stella@havkinandshrago.com  shavkinesq@gmail.com

United States Trustee (LA)

ustpregion16.la.ecf@usdoj.gov


TOTAL: 13

1  MICHAEL JAY BERGER (State Bar # 100291)
   SOFYA DAVTYAN (State Bar # 259544)
2  LAW OFFICES OF MICHAEL JAY BERGER
3  9454 Wilshire Blvd. 6th Floor
   Beverly Hills, CA 90212-2929
4  Telephone:    (310) 271-6223
   Facsimile:    (310) 271-9805
5  E-mail: Michael.Berger@bankruptcypower.com
6  E-mail: Sofya.Davtyan@bankruptcypower.com

7  Counsel for Debtor-in-Possession
   Thomas St. John, Inc.
8

9

10

11              UNITED STATES BANKRUPTCY COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13                  LOS ANGELES DIVISION

14

15  In re:                          )  CASE NO.:  2:25-bk-11641-BR
                                     )
16                                   )  Chapter 11(Subchapter V)
                                     )
17  Thomas St. John, Inc.,           )  ORDER APPROVING STIPULATION
                                     )  1) TO REJECT LEASE WITH CENTER
18          Debtor-in-Possession.    )  WEST, LP FOR PROPERTY LOCATED
                                     )  AT 10877 WILSHIRE BLVD., SUITE
19                                   )  1550, LOS ANGELES, CA 90024, AND
                                     )  2) TO ALLOW AN ADMINISTRATIVE
20                                   )  CLAIM FOR RENT
                                     )
21                                   )
                                     )
22                                   )  [No Hearing Required]
                                     )
23                                   )
                                     )
24                                   )
                                     )
25                                   )
                                     )
26                                   )
27

28

                              1

---

FILED & ENTERED

APR 25 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

The Court, having reviewed the Stipulation for 1) To Reject Lease with Center West, LP for Property Located at 10877 Wilshire Blvd., Suite 1550, Los Angeles, CA 90024, and 2) to Allow an Administrative Claim For Rent between Debtor-in-Possession, Thomas St. John Inc., and Center West, LP, (the "Stipulation") [docket no. 35], and good cause appearing,

**IT IS HEREBY ORDERED** as follows:

1. The Stipulation is approved.

2. The Lease shall be deemed terminated and rejected as of April 11, 2025, pursuant to 11 U.S.C. § 365.

###

Date: April 25, 2025

_____

Barry Russell
United States Bankruptcy Judge