RON BENDER (SBN 143364)
JEFFREY S. KWONG (SBN 288239)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, CA 90034
Telephone: (310) 229-1234
Facsimile:  (310) 229-1244
Email:  rb@lnbyg.com; jsk@lnbyg.com

Attorneys for David K. Gottlieb
Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>THOMAS ST. JOHN, INC.,<br><br>Debtor. | Case No. 2:25-bk-11641-BR<br><br>Chapter 11 (Subchapter V)<br><br>**STIPULATION RESOLVING THE LAWRENCE TRUSTEE'S "AMENDED MOTION FOR ORDER EXTENDING THE BAR DATE FOR THE LAWRENCE TRUSTEE TO FILE PROOFS OF CLAIM"**<br><br>**Hearing:**<br>Date:    May 20, 2025<br>Time:    10:00 a.m.<br>Place:   Courtroom 1668<br>            255 E. Temple Street<br>            Los Angeles, California 90012 |

i

1

2      David K. Gottlieb, the chapter 7 trustee (the "<u>Lawrence Trustee</u>") in the bankruptcy case

3   of Philip M. Lawrence, II (the "<u>Lawrence Debtor</u>"), on the one hand, and Thomas St. John, Inc.

4   (the "<u>Debtor</u>"), on the other hand (collectively, the "<u>Parties</u>"), by and through their respective

5   counsel, each hereby stipulate (the "<u>Stipulation</u>") as follows:

6                                          **<u>RECITALS</u>**

7      1.      The Debtor commenced his bankruptcy case (the "<u>Case</u>") by filing a voluntary

8   petition under chapter 11 of the Bankruptcy Code on February 28, 2025 (the "<u>Petition Date</u>").

9      2.      Prior to the Petition Date, the Lawrence Debtor commenced his own bankruptcy

10  case (Bankr. C.D. Cal., Case No. 1:23-bk-11082-VK, the "<u>Lawrence Case</u>") by filing a

11  voluntary petition under chapter 11 of the Bankruptcy Code on August 3, 2023. The Lawrence

12  Case was converted to chapter 7 pursuant to Court order entered on September 12, 2023.

13  Shortly thereafter, the Office of the United States Trustee appointed the Lawrence Trustee as

14  chapter 7 trustee of the Lawrence Debtor's bankruptcy estate (the "<u>Lawrence Estate</u>").

15     3.      After the Petition Date, on March 7, 2025, the Court entered an order [Debtor

16  Case, Doc. No. 12] setting a claims bar date of April 25, 2025 (the "<u>Claims Bar Date</u>") in the

17  Case.

18     4.      On April 24, 2025, the Lawrence Trustee filed his "*Amended Motion for Order*

19  *Extending the Bar Date for the Lawrence Trustee to File Proofs of Claim*" [Doc. No. 43] (the

20  "<u>Motion</u>") seeking, among other things, the Court's entry of an order extending the Claims Bar

21  Date for the Lawrence Trustee from April 25, 2025 to August 25, 2025.

22     5.      Prior to the expiration of the Claims Bar Date, on April 25, 2025, the Lawrence

23  Trustee filed proof of claim no. 14 in the Case (the "<u>POC</u>"). The POC states that the Lawrence

24  Trustee "is currently investigating" claims that the Lawrence Estates may have against the

25  Debtor (the "<u>Investigation</u>").

26     6.      On April 30, 2025, the Parties entered into that certain "*Stipulation For Order*

27  *Pursuant To Federal Rule Of Bankruptcy Procedure 2004 Authorizing David K. Gottlieb,*

28  *Trustee Of The Bankruptcy Estate Of Philip M. Lawrence, II, To Issue A Subpoena To Debtor*

1

1  *Thomas St. John, Inc. For The Production Of Documents And For An Examination"* [Doc. No.

2  50] (the "2004 Stipulation"), which was approved by Court order entered on May 7, 2025.

3        7.     On May 6, 2025, the Debtor filed an opposition to the Motion arguing, among

4  other things, that the Motion should be denied as moot because "the Lawrence Trustee has

5  already filed estimated proof of claim . . . by the applicable deadline of April 25, 2025 (Claim

6  No. 14-1)." (Opposition, Doc. No. 53, pg. 3 of 18).

7        8.     The Parties now desire to, among other things, resolve the Motion on the terms

8  and conditions set forth in this Stipulation.

9  **STIPULATION**

10        A.     The Parties agree that the POC was timely filed in good faith, and that the

11  Lawrence Trustee may file amendments or supplements to the POC after he completes his

12  Investigation (the "POC Amendments"), which shall relate back to the date that the POC was

13  filed on April 25, 2025.   To be clear, the Debtor will not object to the POC or POC

14  Amendments on the basis that they are untimely filed by the Lawrence Trustee.

15        B.     Other than as set forth in paragraph A above, this Stipulation does not prejudice

16  the rights of the Debtor to file objections to the POC or POC Amendments (the "Claim

17  Objections").

18        C.     Similarly, this Stipulation does not prejudice the rights of the Lawrence Trustee

19  to file responses or replies to the Claim Objections.

20  //

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28

1   D.  Upon Court approval of the Stipulation, the Motion shall be deemed voluntarily

2 dismissed by the Lawrence Trustee, and the May 20, 2025 at 10:00 a.m. hearing on the Motion

3 will be vacated.

4

5 DATED: May 13, 2025     LEVENE, NEALE, BENDER, YOO

6            & GOLUBCHIK L.L.P.

7           By:   _/s/ Jeffrey S. Kwong_

8             DAVID L. NEALE

             JEFFREY S. KWONG

9             Attorneys for David K. Gottlieb, Chapter 7

10            Trustee for the Lawrence Estate

11 DATED: May 13, 2025     LAW OFFICES OF MICHAEL J. BERGER

12

13

14           By:   _____

15             MICHAEL J. BERGER

             ANGELA N. GILL

16             Attorneys for Chapter 11 Debtor, Thomas St.

             John, Inc.

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 2818 La Cienega Avenue, Los Angeles, California 90034.

A true and correct copy of the foregoing document entitled **STIPULATION RESOLVING THE LAWRENCE TRUSTEE'S "AMENDED MOTION FOR ORDER EXTENDING THE BAR DATE FOR THE LA WREN CE TRUSTEE TO FILE PROOFS OF CLAIM"** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 13, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Ron Bender    rb@lnbyg.com**
- **Michael Jay Berger    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com**
- **Debra Brand    dbrand@yaspanlaw.com**
- **Jennifer Witherell Crastz    jcrastz@hrhlaw.com**
- **Stella A Havkin    stella@havkinandshrago.com, shavkinesq@gmail.com**
- **Gaye N Heck    gheck@bbslaw.com**
- **Gregory Kent Jones (TR)    gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com**
- **Jeffrey S Kwong    jsk@lnbyg.com, jsk@ecf.inforuptcy.com**
- **Matthew A Lesnick    matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com**
- **Ron Maroko    ron.maroko@usdoj.gov**
- **Joseph M Rothberg    jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com**
- **Howard Ruddell    hruddell@mooreruddell.com**
- **United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov**

**2.  SERVED BY UNITED STATES MAIL**: On **May 13, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Barry Russell
United States Bankruptcy Court
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 13, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **May 13, 2025** | Lisa Masse | /s/ Lisa Masse |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.