MICHAEL JAY BERGER (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Boulevard, 6th Floor
Beverly Hills, California 90212
T: (310) 27-.6223
F: (310) 271-9805
E-mail: Michael.Berger@bankruptcypower.com

Attorney for Debtor-in-Possession
Thomas St. John, Inc.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re:

Thomas St. John, Inc.,

          Debtor-in-Possession.

CASE NO.: 2:25-bk-11641-BR

Chapter 11 (Subchapter V)

**MOTION TO WITHDRAW AS DEBTOR'S BANKRUPTCY COUNSEL; DECLARATION OF MICHAEL JAY BERGER IN SUPPORT THEREOF**

Date:          October 7, 2025
Time:          10:00 a.m.
Courtroom:     1668
Place:         255 East Temple Street
               Los Angeles, CA 90012

**TO THE HONORABLE BARRY RUSSELL, JUDGE OF THE UNITED STATES BANKRUPTCY COURT, TO THE UNITED STATES TRUSTEE, SUBCHAPTER V TRUSTEE, THE DEBTOR, AND TO ALL INTERESTED PARTIES:**

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

Counsel hereby submits this motion (the "Motion") seeking an order approving the withdrawal of Law Offices of Michael Jay Berger ("Counsel"), as counsel of record for Thomas St. John, Inc. (the "Debtor") for the following reasons:

(1) Debtor's failure to cooperate with Counsel in the prosecution of its case and failure to follow Counsel's advice on material matters;

(2) Breakdown of relationship between Debtor and Counsel; and

(3) Debtor's failure to pay Counsel's court approved fees and costs.

## II. FACTUAL BACKGROUND

On February 28, 2025, Debtor filed the instant voluntary Chapter 11 Bankruptcy (the "Instant Bankruptcy Case").

The Debtor has failed to follow Counsel's recommendations in prosecuting the Instant Bankruptcy. The precise nature of the advice given is covered by the attorney-client privilege but will be disclosed in camera, if required by this Court.

Counsel has represented the Debtor to the best of his ability. However, Counsel must withdraw from the Instant Bankruptcy Proceedings, because the Debtor is not cooperating with Counsel and has breached Paragraph 3 of Counsel's fee agreement, which states: "CLIENT'S DUTIES: You agree to be truthful with me, to cooperate with me, to keep me informed of developments that affect this case, to abide by this agreement, to pay my bills on time, and to keep me advised of your address, telephone number and whereabouts."

Counsel must withdraw from the Instant Bankruptcy case because the attorney-client relationship between the Debtor and Counsel has irreparably broken down.

### III. AUTHORITY FOR MOTION

Counsel moves the Court under Local Bankruptcy Rule 2091-1 and California Rule of Professional Conduct Rule 3-700(C) for an order granting Counsel's motion to withdraw as general bankruptcy counsel for the Debtor.

### IV. ARGUMENT

Under Local Bankruptcy Rule 2091-1(a) "an attorney who has appeared on behalf of an entity in any matter concerning the administration of the case . . . may not withdraw as counsel except by leave of court." Local Bankruptcy Rule 2091-1(a)(1).

#### A. COUNSEL SHOULD BE GRANTED PERMISSIVE WITHDRAWAL BECAUSE OF DEBTOR'S LACK OF COOPERATION

Rule 3-700(C) of the Rules of Professional Conduct govern when a Counsel *may* withdraw from representation in a case.

Here, permissive withdrawal under Rule 3-700(C) is applicable because Debtor has been uncooperative in connection with the prosecution of the Instant Bankruptcy and failed to follow Counsel's advice.

Paragraph 8 of the Fee Agreement states, "DISCHARGE AND WITHDRAWAL. You may discharge me at any time. I may withdraw with your consent or for good cause as found by a court of law. Good cause includes, but is not limited to, your breach of this agreement, your refusal to cooperate with me or to follow my advice on a material matter, or any fact or circumstance which would render my continuing representation of you nonproductive, unlawful or unethical."

## PERMISSIVE WITHDRAWAL SHOULD BE GRANTED BECAUSE DEBTOR'S CONDUCT IN THE INSTANT BANKRUPTCY RENDERS IT UNREASONABLY DIFFICULT FOR COUNSEL TO REPRESENT DEBTOR EFFECTIVELY

Permissive withdrawal under Rule 3-700(C)(1)(d) is applicable. A member representing a client before a tribunal *may* withdraw from employment with the permission of the tribunal, if the client, by its conduct, renders it unreasonably difficult for Counsel to carry out the employment effectively.

In the Instant Bankruptcy, permissive withdrawal is applicable because Debtor's lack of cooperation with Counsel renders it unreasonably difficult for Counsel to effectively represent the Debtor, since Counsel is unable to prosecute Debtor's case without Debtor's willingness to follow Counsel's advice.

Counsel requires Debtor to cooperate so that Counsel can assist and adequately represent the Debtor. Lack of cooperation is a violation of section 3 of the Debtor's Retainer Agreement, which states:

"CLIENT'S DUTIES.   You agree to be truthful with me, to cooperate with me, to keep me informed of developments which affect this case, to abide by this agreement, to pay my bills on time, and to keep me advised of your address, telephone number and whereabouts."

Debtor failed to cooperate with Counsel's requests.

Therefore, permissive withdrawal should be granted under 3-700(C)(1)(d) because of Debtor's lack of cooperation with Counsel in the Instant Bankruptcy and the breakdown of the attorney-client relationship.

///

///

///

## V. CONCLUSION

WHEREFORE, based on the foregoing, Counsel requests an entry of order granting the Motion to Withdraw as Debtor's Bankruptcy Counsel as the attorney-client relationship between the Debtor and Counsel has irreparably broken down.

                                      LAW OFFICES OF MICHAEL JAY BERGER

Dated: 8/15/2025                By: _____
                                                    Michael Jay Berger
                                                    Attorney for Debtor-in-Possession
                                                    Thomas St. John, Inc.

# DECLARATION OF MICHAEL JAY BERGER

I, Michael Jay Berger, declare as follows:

1. I am the attorney for Thomas St. John, Inc. (the "Debtor"), the herein debtor and debtor-in-possession.

2. I have personal knowledge of the facts set forth herein. If called as a witness herein, I could and would testify competently and truthfully as set forth herein.

3. On February 28, 2025, Debtor filed the instant voluntary Chapter 11 Bankruptcy (the "Instant Bankruptcy Case").

4. I request that this Court allow me to withdraw from Debtor's case for the following reasons:

- Debtor's failure to cooperate with me in the prosecution of its case and failure to follow my advice on material matters;
- Breakdown of relationship between Debtor and I; and
- Debtor's failure to pay my court approved fees and costs.

5. The Debtor failed to follow my recommendations in prosecuting the Instant Bankruptcy. The precise nature of the advice given is covered by the attorney-client privilege, but will be disclosed in camera, if required by this Court.

6. I have represented the Debtor to the best of my ability. However, I must withdraw from the Instant Bankruptcy Proceedings, because the Debtor is not cooperating with me and had breached Paragraph 3 of Counsel's fee agreement, which states: "CLIENT'S DUTIES: You agree to be truthful with me, to cooperate with me, to keep me informed of developments which affect this case, to abide by this agreement, to pay my bills on time, and to keep me advised of your address, telephone number and whereabouts."

7.    I must withdraw from the Instant Bankruptcy case because the attorney-client relationship between the Debtor and myself has irreparably broken down.

8.    Permissive withdrawal is also applicable because Debtor's lack of cooperation with me renders it unreasonably difficult for me to effectively represent the Debtor since I am unable to prosecute Debtor's case without its willingness to follow my advice.

9.    The Debtor failed to abide by its duties as required under the Retainer Agreement.

10.    I advised the Debtor to immediately seek new bankruptcy counsel to take over the case since the Debtor cannot appear in this case without an attorney.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on August 15, 2025 at Beverly Hills, California.

_/s/ Michael Jay Berger_
Michael Jay Berger

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9454 Wilshire Blvd., 6th Fl., Beverly Hills CA 90212

A true and correct copy of the foregoing document entitled (*specify*): **MOTION TO WITHDRAW AS DEBTOR'S BANKRUPTCY COUNSEL; DECLARATION OF MICHAEL JAY BERGER IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 8/15/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Interested Party: Ron Bender    rb@lnbyg.com
Michael Jay Berger    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
Interested Party: Debra Brand    dbrand@yaspanlaw.com
Leaf Capital Funding Jennifer Witherell Crastz    jcrastz@hrhlaw.com
Counsel for Center West: Stella A Havkin    stella@havkinandshrago.com, shavkinesq@gmail.com
Subchapter V Trustee: Gregory Kent Jones (TR)    gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com
Counsel for Estate of Phillip Lawrence, II: Jeffrey S Kwong    jsk@lnbyg.com, jsk@ecf.inforuptcy.com
Interested Party: Matthew A Lesnick    matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
U.S. Trustee: Ron Maroko    ron.maroko@usdoj.gov
Interested Parties Howard Ruddell    hruddell@mooreruddell.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Gaye N Heck    gheck@bbslaw.com
Counsel for David Gottlieb Chapter 7 Trustee: Joseph M Rothberg    jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On 8/15/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.
Thomas St. John – 10877 Wilshire Blvd., Los Angeles, CA 90024

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 8/15/2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.
Honorable Barry Russell
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1660 / Courtroom 1668
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/15/2025 | Peter Garza | /s/Peter Garza |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

```
Label Matrix for local noticing          Center West                              David K. Gottlieb, Chapter 7 Trustee for the
0973-2                                   c/o Stella Havkin                        21650 Oxnard Street
Case 2:25-bk-11641-BR                    21650 Oxnard Street, Suite 1540          Suite 500
Central District of California           Woodland Hills, CA 91367-7858            Woodland Hills, CA 91367-4911
Los Angeles
Fri Aug 15 17:54:04 PDT 2025

Leaf Capital Funding, LLC                Thomas St. John, Inc.                    Tipalti, Inc.
c/o Hemar, Rousso & Heald, LLP           10877 Wilshire Blvd.                     c/o Bialson, Bergen & Schwab
15910 Ventura Blvd., 12th Floor          Los Angeles, CA 90024-4351               Attn: Lawrence Schwab/Gaye Heck
Encino, CA 91436-2802                                                             830 Menlo Ave., Suite 201
                                                                                  Menlo Park, CA 94025-4734

United States Trustee (LA)               Los Angeles Division                     AMB Industry Group LLC
915 Wilshire Blvd, Suite 1850            255 East Temple Street,                  14141 Southwest Freeway
Los Angeles, CA 90017-3560               Los Angeles, CA 90012-3332               Sugar Land, TX 77478-3493


Agicap SAS                               American Arbitration Association         Bankruptcy Estate of Philip M. Lawrence II
Immeuble Lyon Vaise Saint Cyr 57-59      120 Broadway, 21st Floor                 David K. Gottlieb, Chapter 7 Trustee
Rue Saint Cyr, 69009, Lyon France        New York, NY 10271-2700                  21650 Oxnard Street, Suite 500
                                                                                  Woodland Hills, CA 91367-4911


CSC Corporate Domains, Inc.              CT Corporation                           Canon Financial Services Inc.
251 Little Falls Dr.                     28 Liberty Street                        158 Gaither Dr.
Wilmington, DE 19808-1674                New York, NY 10005-1400                  Mount Laurel, NJ 08054-1716


Carla Davoody                            Carlo Davoody                            Center West
c/o Moore Ruddell LLP                    c/o Moore Ruddell LLP                    10866 Wilshire Blvd., Ste 300
21250 Hawthorne Blvd., Suite 500         Howard D. Rudell, Esq.                   Los Angeles, CA 90024-4350
Torrance, CA 90503-5514                  21250 Hawthorne Blvd., Suite 500
                                         Torrance, CA 90503-5514


Center West                              City National Bank                       City of Los Angeles, Office of Finance
10877 Wilshire Blvd., Ste 300            PO BOX 60938                             Los Angeles City Attorney's Office
Los Angeles, CA 90024-4311               Los Angeles, CA 90060-0938               200 N Main Street Ste 920
                                                                                  Los Angeles CA 90012-4128


Connection Financial Services            Cypress Premium Funding                  DE 16830 LLC
2330 I-30                                28202 Cabot Rd. Ste. 435                 1299 Ocean Ave.
Mesquite, TX 75150-2720                  Laguna Niguel, CA 92677-1249             Santa Monica, CA 90401-1038


DE 16830, LLC                            DE 16830, LLC                            DE 16830, LLC
1299 Ocean Ave., Suite 1000              Douglas Emmett Management, agent         c/o Sklar Kirsh, LLP
Santa Monica, CA 90401-1063              1299 Ocean Ave., Ste. 1000               1880 Centura Park East, Suite 300
                                         Santa Monica, CA 90401-1063              Los Angeles, CA 90067-1631


DE 16830, LLC, a Delaware limited liability   Datafaction Inc.                    Douglas Emmet
1299 Ocean Ave., Suite 1000              841 Apollo St.                           1299 Ocean Ave
Santa Monica, CA 90401-1063              El Segundo, CA 90245-4721                Santa Monica, CA 90401-1038
```

Douglas Emmett & Co.
808 Wilshire Blvd., 2nd Floor
Santa Monica, CA 90401-1889

Douglas Emmett Management, LLC
c/o Jennifer Reagan
Administrative Assistant
16830 Ventura Blvd., Ste 230
Encino, CA 91436-1723

(p)RISE LAW FIRM PC
8383 WILSHIRE BOULEVARD
SUITE 800
BEVERLY HILLS CA 90211-2440


Franchise Tax Board
Bankruptcy Section MS A340
PO BOX 2952
Sacramento CA 95812-2952

Front App, Inc.
300 Montgomery St.
San Francisco, CA 94104-1902

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346


Ideals Solutions Group
815 N. Royal St.
Alexandria, VA 22314-1777

Jackson Lewis P.C.
c/of Kevin D. Reese, Esq.
50 California Street, 9th Floor
San Francisco, CA 94111-4615

Jackson Lewis PC
1133 Westchester Ave Suite S125
West Harrison NY 10604-3580


(p)KLAR CONSULTING LLC
ATTN LISA KLAR
197 SCHOOLHOUSE RD
STAATSBURG NY 12580-6234

(p)LOS ANGELES COUNTY TREASURER AND TAX COLLE
ATTN BANKRUPTCY UNIT
PO BOX 54110
LOS ANGELES CA 90054-0110

Leaf Capital Funding, LLC
2005 Market Street, 14th Fl
Philadelphia, PA 19103-7009


Leaf Capital Funding, LLC
c/o Hemar, Rousso & Heald, LLP
Attn: Jennifer Witherell Crastz
15910 Ventura Blvd., 12th Floor
Encino, CA 91436-2813

Leaf Funding
Insurance Service Center
PO Box 202124
Florence, SC 29502-2124

Maintech, Inc.
14 Commerce Dr.
Clatskanie, OR 97016


Nonyelum Nwasike
c/o Eliot J. Rushovich, Esq.
8383 Wilshire Blvd.,
Beverly Hills, CA 90211-2425

Paracorp
PO Box 160568
Sacramento, CA 95816-0568

Philip M. Lawrence II
c/o Law Offices of Robert M. Yaspan
21700 Oxnard Street, Suite 1750
Woodland Hills CA 91367-7593


Rust August & Kabat
12424 Wilshire Blvd
Los Angeles, CA 90025-1031

Sheridan Group
2045 Pontius Ave
Los Angeles, CA 90025-5613

Silver Sea Analytics Co.
5/514 Hoang Hoa Tham St.
Tay Ho Disrtict 100000
Hanoi, Vietnam


Sklar Kirsh, LLP
1880 Century Park East
Los Angeles, CA 90067-1631

TSJ Ark, LLC
10877 Wilshire Blvd. Suite 1550
Los Angeles, CA 90024-4351

Thomas St. John Sweden AB
101 21
Stockholm Sweden


Tipalti Inc
1051 E Hillsdale Blvd. Ste. 600
San Mateo, CA 94404-1640

Tipalti, Inc.
c/o Bialsonm Bergen & Schwab
Attn: Lawrence Schwab/Gaye Heck
830 Menlo Ave., Suite 201
Menlo Park, CA 94025-4734

Urbana Chapa Lawrence
c/o David L. Oberg, Esq.
23679 Calabasas Road, Suite 541
Calabasas, CA 91302-1502


Wayne Kamemoto
c/o Nassiri & Jung LLP
Charles H. Jung, Esq.
707 Wilshire Blvd., 46th Floor
Los Angeles, CA 90017-3501

Wolters Kluwer
PO Box 5729
Carol Stream, IL 60197-5729

Zoom Video Communications
55 South Almaden Blvd
San Jose, CA 95113-1685

| | | |
|---|---|---|
| Gregory Kent Jones (TR)<br>Stradling Yocca Carlson & Rauth<br>10100 N. Santa Monica Blvd., Suite 1400<br>Los Angeles, CA 90067-4140 | Michael Jay Berger<br>9454 Wilshire Blvd 6th Fl<br>Beverly Hills, CA 90212-2980 | Michael Jay Berger<br>Law Office of Michael Jay Berger<br>9454 Wilshire Blvd<br>6th Floor<br>Beverly Hills, CA 90212-2980 |
| Robert M. Law Offices of Robert M. Yaspan<br>21700 Oxnard Street Suite 1750<br>Woodland Hills, CA 91367-7593 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Eliot Rushovich<br>8383 Wilshire Boulevard<br>Suite 800<br>Beverly Hills, CA 90211 | Klar Consulting LLC<br>197 Schoolhouse Road<br>Staatsburg, NY 12580 | LOS ANGELES COUNTY TREASURER AND TAX COLLECT<br>ATTN: BANKRUPTCY UNIT<br>PO BOX: 54110<br>LOS ANGELES, CA 90054-0110 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Courtesy NEF | (d)Canon Financial Services, Inc.<br>158 Gaither Drive<br>Mount Laurel, NJ 08054-1716 | (u)Exclaimer LTD<br>250 Fowler Ave<br>Famborough GU14 7JP<br>United Kingom |
| (u)Thomas St. John Group Inc.<br>16-19 Eastcastle St<br>Fitzrovia W1W8DY | (u)Vinci Legal LTD<br>20 Grosvenor Place<br>London, SW1X7HN | End of Label Matrix<br>Mailable recipients   63<br>Bypassed recipients    5<br>Total                 68 |