ZEV SHECHTMAN (BAR NO. 266280)
Zev.Shechtman@saul.com
RYAN COY (BAR NO. 324939)
ryan.coy@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone:  (310) 255-6100
Facsimile:  (310) 255-6200

Proposed Attorneys for Thomas St. John, Inc.,
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

In re

THOMAS ST. JOHN, INC.,

       Debtor and Debtor in
       Possession.

Case No. 2:25-bk-11641-BR

Chapter 11 (Subchapter V)

**DEBTOR'S APPLICATION TO EMPLOY SAUL EWING, LLP AS GENERAL BANKRUPTCY COUNSEL; AND STATEMENT OF DISINTERESTEDNESS**

Date:  To Be Set
Time:  To Be Set
Ctrm:  "1668"
      255 East Temple Street,
      Los Angeles, CA 90012

TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE AND 20 LARGEST UNSECURED CREDITORS:

PLEASE TAKE NOTICE that Thomas St. John, Inc. (the "Debtor"), hereby (1) applies for entry of an order under 11 U.S.C. § 327(a) authorizing the Debtor to (1) employ Saul Ewing, LLP ("Saul Ewing" or "the Firm") as general bankruptcy counsel, effective as of October 7, 2025, and (2) pay Saul Ewing a $75,000 post-petition retainer ("Retainer") (the "Motion" or "Application").

The Debtor previously obtained the Court's approval to employ the Law Offices of Michael Jay Berger ("Berger") as its general bankruptcy counsel.  However, on August 15, 2025, Berger filed its Motion to Withdraw as Debtor's bankruptcy counsel.  The hearing thereon is scheduled for

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

1    October 7, 2025.  The Debtor now applies for Saul Ewing to be employed as general bankruptcy

2    counsel and, for the aforementioned $75,000 Retainer, to be approved.

3       In compliance with Local Bankruptcy Rule ("LBR") 2014-1(b)(3), the Debtor hereby

4    provides the following information regarding the application for employment:

5       A.    Identity of professional and the purpose and scope for which it is being employed

6       The Debtor seeks to employ Saul Ewing as its general bankruptcy counsel. The resumes for

7    the lead Saul Ewing attorneys presently assigned to the matter, Zev Shechtman and Ryan Coy, are

8    attached hereto as Exhibit "1".

9       B.    Whether professional seeks compensation pursuant to 11 U.S.C. § 328 or 11 U.S.C.

10              § 330

11      The Debtor seeks to employ Saul Ewing pursuant to 11 U.S.C. § 327.  Saul Ewing will seek

12    approval of its compensation and reimbursement of its expenses pursuant to 11 U.S.C. §§ 330 and

13    331.

14      C.    Arrangements for Compensation

15      Saul Ewing will charge for its services at an hourly rate measured in increments of tenths of

16    an hour.  It will also seek reimbursement of its expenses. The rates for the professionals and

17    paraprofessionals who are assigned or may be assigned to this matter are:

| Name | Title | 2025 Hourly Rate |
|---|---|---|
| Zev Shechtman | Partner [lead] | $785 |
| Ryan Coy | Associate [lead] | $440 |
| Carol Chow | Counsel | $690 |
| Steven Werth | Counsel | $685 |
| Shelly Guise | Paralegal | $360 |
| Hannah Richmond | Clerical | $190 |

26    Saul Ewing's rates will be increased effective January 1, 2026.

27      The Firm requires a Retainer of $75,000 as an advance against fees and costs to be incurred

28    by the Firm in the course of their representation of the Debtor (the "Retainer").  The Debtor proposes

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

to compensate Saul Ewing on the following basis, except as the Court may otherwise determine and direct, after appropriate notice and hearing:

First, with respect to the Retainer, Saul Ewing will draw down on the Retainer in accordance with the Guide to Applications for Retainers, and Professionals and Insider Compensation (the "Fee Guide"), promulgated by the Office of the United States Trustee, except that the Retainer will be maintained in the Firm's attorney-client trust account rather than in a segregated trust account.

Saul Ewing will submit a monthly Professional Fee Statement each month until the Retainer is exhausted.  Applicant intends to separately move for a "Knudsen Order" to be paid its fees and costs on a monthly basis after the initial Retainer is exhausted.

Second, Saul Ewing will apply to the Court under §§ 330 and 331 of the Bankruptcy Code for an allowance of fees and reimbursable expenses not more often than every 120 days. Applications of Saul Ewing for compensation will be heard upon notice to creditors and other parties-in-interest. Saul Ewing will accept such fees and reimbursement for expenses as may be awarded by the Court. Saul Ewing expects that its compensation will be based upon a combination of factors including, without limitation, its customary fees charged to clients who pay Saul Ewing monthly, as those fees are adjusted from time to time, the experience and reputation of counsel, the time expended, the results achieved, the novelty and difficulty of the tasks undertaken (including applicable time limitations) and the preclusion from other employment caused by its work in this bankruptcy case.

The attorneys at Saul Ewing who will be principally responsible for performing the legal services on behalf of the Debtor are Zev Shechtman and Ryan Coy. However, Saul Ewing has several additional attorneys and paralegals. Depending upon the complexity and amount of legal services required in this case, other attorneys or paralegals at Saul Ewing may be called upon to provide legal services.

The source of future payments to the Firm after the Retainer has been exhausted will be the Debtor's estate.

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

D.    <u>Name, address, and telephone number of person who will provide a copy of the Application</u>

A copy of the Application is appended hereto. Requests for copies may be made via email to Debtor's proposed counsel, Attn.: Zev Shechtman at Saul Ewing, LLP, at email: zev.shechtman@saul.com. The address for Debtor's proposed general bankruptcy counsel is Saul Ewing, LLP Attn: Zev Shechtman, 1888 Century Park East, Suite 1500, Los Angeles, CA 90067, and the telephone number is (310) 255-6100.

This Application is based upon this notice and application, the Memorandum of Points and Authorities and Declaration of Zev Shechtman appended hereto, and such other evidence as may be presented to the Court.

DATED: September 19, 2025

SAUL EWING LLP

By: _____
ZEV SHECHTMAN
RYAN COY
[Proposed] General Bankruptcy Counsel for Thomas St. John, Inc., Debtor and Debtor-in-Possession

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.

## FACTUAL STATEMENT

A.    Bankruptcy Background

On February 28, 2025 (the "Petition Date"), Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

B.    The Debtor's Former Counsel

Pursuant to an order entered on April 21, 2025, the Debtor was authorized to employ the Law Offices of Michael Jay Berger ("Berger") as his general counsel (*doc no. 38*).

On or about August 15, 2025, Berger filed a Motion to Withdraw as Debtor's Bankruptcy Counsel ("Motion to Withdraw") (*doc. no. 78*), seeking an order approving Berger's withdrawal as counsel.  A hearing on the Motion to Withdraw is scheduled for October 7, 2025 at 10:00 a.m.[1]

C.    Procedural Status

A status conference on the case is scheduled for October 7, 2025 along with the hearing on the Motion to Withdraw.  The Debtor will also seek to have the hearing on this Application heard at that same time.

## II.

## APPLICATION FOR EMPLOYMENT

A.    The Proposed Retention of General Bankruptcy Counsel; Saul Ewing

Among other things, the Debtor requires counsel to:

1. advise and assist the Debtor with respect to chapter 11 case requirements, among other requirements, and to help the Debtor stay in compliance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Court's Local Bankruptcy Rules, and the Guidelines of the United States Trustee;

---

[1] The Motion to Withdraw incorrectly states that it was filed because of "Debtor's failure to pay Counsel's court approved fees and costs." Doc. no. 78, page 2, line 10. The Court has not yet approved the fees and costs.  The Debtor signed a declaration approving Berger's fees (doc. no. 73) and the hearing thereon has not occurred.

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

2. advise and assist the Debtor regarding the legal issues relating to the sale of any assets;

3. advise regarding any financing;

4. assist the Debtor in the formulation, confirmation and implementation of a chapter 11 plan;

5. assist the Debtor in identifying, analyzing, protecting and/or obtaining possession of property of the estate, including, if appropriate, seeking the turnover of property of the estate; assist the Debtor with the abandonment or other disposition of property of the estate;

6. pursue avoidable transfers, if any;

7. analyze and review the validity of claims of alleged creditors and, if appropriate, object to those claims;

8. assist with the employment and compensation processes for professionals;

9. analyze the validity of administrative expenses and, if appropriate, object to those expenses;

10. assist the Debtor with the settlement and compromise of claims by or against the estate, or pertaining to matters relating to this case;

11. coordinate with the other professionals employed by the Debtor, if any;

12. communicate with other parties in interest including the U.S. Trustee and the Subchapter V Trustee; and perform other general legal services to expeditiously administer the estate.

The Debtor proposes to retain Saul Ewing as its general bankruptcy counsel effective as of October 7, 2025. Saul Ewing is experienced in debtor/creditor matters including, among other things, the representation of debtors, creditors, bankruptcy trustees and other bankruptcy parties in interest. Saul Ewing is competent to perform the requisite legal services in this bankruptcy case. Saul Ewing's qualifications are described in the biographical information attached as Exhibit "1" to the Statement of Disinterestedness, filed with this Application and incorporated herein.

Saul Ewing lawyers have practiced in bankruptcy courts for many years. Saul Ewing has been retained as attorneys for debtors, creditors, trustees, and other parties. Saul Ewing lawyers who will work on this bankruptcy case are familiar with the Bankruptcy Code, Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules. Saul Ewing will comply with the Bankruptcy Code and all applicable rules in this bankruptcy case.

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

B.     Arrangement for Compensation

Saul Ewing requires a retainer of $75,000 as an advance against fees and costs to be incurred by Saul Ewing in the course of its representation of the Debtor (the "Retainer").  Saul Ewing will draw down on the Retainer in accordance with the Guide to Applications for Retainers, and Professionals and Insider Compensation ("Fee Guide"), promulgated by the Office of the United States Trustee, except that the Retainer will be maintained in Saul Ewing's attorney-client trust account rather than in a segregated trust account.

Saul Ewing generally requires a retainer before an engagement.  The Debtor's former counsel is withdrawing, creating need for new counsel.  The Debtor should be allowed to retain adequate counsel to prosecute this case.  Accordingly, the Retainer is necessary and appropriate.

Saul Ewing will submit a monthly Professional Fee Statement each month until the Retainer is exhausted.  Applicant will separately apply for permission to be paid its fees and costs on an ongoing basis after the Retainer is exhausted.

Saul Ewing will charge for its services at an hourly rate measured in increments of tenths of an hour. It will also seek reimbursement of its expenses. The rates for the primary attorneys for this matter will be as follows: $785/hour for Zev Shechtman, $440/hour for Ryan Coy. Rates of some of the other professionals and paraprofessionals who may work on the matter are listed in the Statement of Disinterestedness.  Saul Ewing's rates will change January 1, 2026, and may change from time to time in the future.

The Debtor proposes to compensate Saul Ewing on the following basis, except as the Court may otherwise determine and direct, after appropriate notice and hearing: Saul Ewing will apply to the Court under §§ 330 and 331 of the Bankruptcy Code for an allowance of fees and reimbursable expenses.  The Debtor will separately file a motion seeking approval of payment of compensation on a monthly basis.  Applications of Saul Ewing for compensation will be heard upon notice to creditors and other parties-in-interest. Saul Ewing will accept such fees and reimbursement for expenses as may be awarded by the Court. Saul Ewing expects that its compensation will be based upon a combination of factors including, without limitation, its customary fees charged to clients who pay Saul Ewing monthly, as those fees are adjusted from time to time, the experience and

1  reputation of counsel, the time expended, the results achieved, the novelty and difficulty of the tasks

2  undertaken (including applicable time limitations) and the preclusion from other employment

3  caused by its work in this bankruptcy case. The source of future payments to the Firm after the

4  Retainer has been exhausted will be the Debtor's estate.

5       C.    <u>Disinterestedness of Saul Ewing</u>

6       As of the date of this Motion, to the best of the Debtor's knowledge and after consideration

7  of the disclosures in the attached Statement of Disinterestedness, the Debtor believes that the Firm

8  and all of its partners and associates are disinterested persons as that term is defined in 11 U.S.C. §

9  101(14), and neither the Firm nor any partners or associates of the Firm are connected with the

10  Debtor, its creditors, any other party in interest, its attorneys and accountants, or to this estate, and

11  has no relation to any bankruptcy judge presiding in this district, the Clerk of the Court or any

12  relation to the United States Trustee in this district, or any person employed at the Court or the

13  Office of the United States Trustee, nor does the Firm or its attorneys represent or hold an adverse

14  interest with respect to the Debtor, any creditor, or to this estate.

15       The employment of Saul Ewing shall be according to the terms established by Court order.

16  Saul Ewing has executed an engagement agreement with the Debtor, which is available for review,

17  upon request, by the Court, the United States Trustee and the Subchapter V Trustee.  Most

18  importantly, the engagement agreement provides that Saul Ewing's employment and compensation

19  are subject to the review and approval of this Court.  If the Court does not approve the Firm's

20  employment as requested herein, including the payment of the Retainer, the Firm will not be

21  obligated to provide services to the Debtor. The only source of payment of compensation for Saul

22  Ewing will be from the Retainer and from further payments from the estate, as may be approved

23  and ordered paid by the Court.

24  **III.**

25  **<u>CONCLUSION</u>**

26       For the foregoing reasons, the Debtor respectfully requests that the Court enter an order

27  authorizing the Debtor to employ Saul Ewing as its general bankruptcy counsel, effective as of

28

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

56312023.3
395611-00001

1    October 7, 2025, as an administrative expense in this bankruptcy estate and authorize the Debtor to

2    pay Saul Ewing a post-petition retainer of $75,000.

3

4    Dated: September 18, 2025                        THOMAS ST. JOHN, INC.

5

6                                                    By: _____

7                                                        Thomas St. John, Principal

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

56312023.3
395611-00001                                        9

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

<u>STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT
OF PROFESSIONAL PERSON UNDER F.R.B.P. 2014</u>

1.      Name, address, email address, and telephone number of the professional (the "<u>Professional</u>") submitting this Statement:

Zev Shechtman
Saul Ewing, LLP
zev.shechtman@saul.com
1888 Century Park East
Suite 1500
Los Angeles, CA 90067
Telephone: (310) 255-6100
Fax: (310) 255-6200

Attached hereto as Exhibit "1" and incorporated by reference herein, are bios for the Saul Ewing attorneys who will be working on this case.

2.      The services to be rendered by the Professional in this case are (specify): *See* pages 5-6 of the within Application.

3.      The terms and source of the proposed compensation and reimbursement of the Professional are (specify): See pages 2-3 of the notice and pages 6-7 of the within Application. The rates for the primary professionals for this matter will be as follows:

| Name | Title | 2025 Hourly Rate |
|------|-------|------------------|
| Zev Shechtman | Partner [lead] | $785 |
| Ryan Coy | Associate [lead] | $440 |
| Carol Chow | Counsel | $690 |
| Steven Werth | Counsel | $685 |
| Shelly Guise | Paralegal | $360 |
| Hannah Richmond | Clerical | $190 |

4.      The nature and terms of retainer (i.e., nonrefundable versus an advance against fees) held by the Professional are (specify): Saul Ewing will receive $75,000 as a retainer paid by the Debtor. Saul Ewing will draw down on the retainer in accordance with the Guide to Applications for Retainers, and Professionals and Insider Compensation ("<u>Fee Guide</u>"), promulgated by the Office of the United States Trustee, except that the retainer will be maintained in the Firm's attorney-client trust account rather than in a segregated trust account. Saul Ewing will submit a monthly Professional Fee Statement each month until the retainer is exhausted. Saul Ewing will request, by separate motion, authority to be paid monthly.

5.      The investigation of disinterestedness made by the Professional prior to submitting this Statement consisted of (specify): Conflicts check.

6.  The following is a complete description of all of the Professional's connections with the chapter 11 trustee, the debtor, principals of the Debtor, insiders, the Debtor's creditors, any other party or parties in interest, and their respective attorneys and accountants, or any person employed in the Office of the United States Trustee (specify, attaching extra pages as necessary): None

7.  The Professional is not a creditor, an equity security holder or an insider of the debtor, except as follows (specify, attaching extra pages as necessary): None

8.  The Professional is not and was not an investment banker for any outstanding security of the Debtor.

9.  The Professional has not been within three (3) years before the date of the filing of the petition herein, an investment banker for a security of the Debtor, or an attorney for such an investment banker in connection with the offer, sale or issuance of any security of the Debtor.

10.  The Professional is not and was not, within two (2) years before the date of the filing of the petition herein, a director, officer or employee of the Debtor or of any investment banker for any security of the Debtor.

11.  The Professional neither holds nor represents any interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor or any investment banker for any security of the Debtor, or for any other reason, except as follows (specify, attaching extra pages as necessary): None

12.  Name, address, email address, and telephone number of the person signing this Statement on behalf of the Professional and the relationship of such person to the Professional (specify):

Zev Shechtman
Saul Ewing, LLP
zev.shechtman@saul.com
1888 Century Park East
Suite 1500
Los Angeles, CA 90067
Telephone: (310) 255-6100
Fax: (310) 255-6200

13.  The Professional is not a relative or employee of the United States Trustee or a Bankruptcy Judge, except as follows (specify, attaching extra pages as necessary): None

14.  After conducting or supervising the investigation described in Paragraph 6 above, I declare under penalty of perjury under the laws of United States of America, that the foregoing is true and correct except that I declare that Paragraphs 7 through 12 are stated in information and belief.

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

1         I declare under penalty of perjury under the laws of the United States that the foregoing is

2    true and correct.

3    Dated: September 19, 2025

4

5    By: _____

6          ZEV SHECHTMAN

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

# EXHIBIT 1



# SAUL EWING LLP

## ZEV M. SHECHTMAN

### Partner

zev.shechtman@saul.com
(310) 255-6130

📍 Primary Office
**Los Angeles**

## Overview

Zev Shechtman represents clients in complex business bankruptcy, restructuring and insolvency matters in and out of court. His experience includes representing debtors in chapter 11, including subchapter V, bankruptcy reorganization cases, assisting debtors in settlement negotiations and counseling regarding insolvency concerns. Zev also represents creditors, trustees, buyers of distressed assets, equity holders and contract parties in bankruptcy.

Clients and their professional teams from a variety of industries rely on Zev's restructuring counsel. Zev's broad experience includes matters involving agriculture, e-commerce, energy, entertainment, food, health care, hospitality, manufacturing, media, real estate, retail, software, telecommunications and transportation.

Zev's work on restructuring and insolvency matters includes representations of assignees and assignors in assignments for the benefit of creditors, court-appointed receivers and other fiduciaries.

Zev regularly collaborates with professional teams who need guidance on bankruptcy and insolvency laws in the course of their work on corporate transactions or litigation.

Zev serves as a mediator for bankruptcy, insolvency and other litigation matters.

### Services

Bankruptcy &
Restructuring

Bankruptcy Litigation

Distressed Transactions

**Exhibit 1**
**14**


Zev was named one of "America's Leading Lawyers in Bankruptcy/Restructuring" by Chambers USA in 2024 and 2025.

# Experience

## Debtor Representations

- A chapter 11 debtor e-commerce company.
- A subchapter V chapter 11 debtor health care records technology company.
- A chapter 11 debtor real estate developer.
- A subchapter V chapter 11 debtor construction contractor.
- A chapter 11 debtor real estate holding company.
- A chapter 11 debtor van rental business.
- A chapter 11 debtor specializing in airline film distribution.
- Fifty-six different chapter 11 debtors who were collectively the largest non-government landowner in downtown Los Angeles.

## Buyer Representations and Bankruptcy-Related Sales

- A buyer of real estate in a chapter 11 case.
- The buyer of e-commerce and intellectual property assets in a subchapter V chapter 11 bankruptcy sale.
- The buyer of a commercial real estate lease of a chapter 11 debtor.
- The buyer of Alaska's largest regional airline in a chapter 11 bankruptcy sale.

## Secured Creditors and Creditors' Committee Representations

- The official committee of unsecured creditors in chapter 11 case of intermodal trucking company.
- A secured creditor in a subchapter V chapter 11 of an entertainment technology company.
- The creditors' committee in a chapter 11 case involving a port trucking company.

## Trustee Representations

- A chapter 11 trustee for the operator of approximately 1,000 oil and gas wells in California.

**Exhibit 1**
**15**

- A chapter 11 trustee for Roscoe's Chicken 'N' Waffles restaurants.
- Chapter 11 trustees for real estate and financial businesses.
- Chapter 11 trustees for a record label and its owner.

# Credentials & Accolades

Degrees

- J.D., University of Southern California, Gould School of Law, 2009
- M.A., New York University, 2006
- B.A., University of California, Santa Cruz, 2003

Honors & Awards

- Named one of "America's Leading Lawyers in Bankruptcy/Restructuring" by Chambers USA, 2024 to present
- Named to the Southern California Super Lawyers list, 2020 to present

# Bar Admissions

- California

# Court Admissions

- U.S. District Court for the Central District of California
- U.S. District Court for the Eastern District of California
- U.S. District Court for the Northern District of California
- U.S. District Court for the Southern District of California
- U.S. Court of Appeals for the Ninth Circuit
- U.S. Supreme Court

# Outside the Firm

Professional Involvement

- Chair, Ad Hoc Complex Chapter 11 Task Force (C.D. Cal. Bankr.), 2021–2024
- Member, American Bankruptcy Institute, 2021 to present
- Member, American Bar Association Forum on Entertainment & Sports Industries, 2023 to present
- Board Member, California Bankruptcy Forum, 2020 to present

**Exhibit 1**
**16**

- Editor, California Bankruptcy Journal, 2008 to present
- Editorial Vice Chair, California Lawyers Association – Business Law News, 2021 to present
- Volunteer, CARE (Credit Abuse Resistance Education) Los Angeles, 2023 to present
- Los Angeles Bankruptcy Forum, 2009 to present
  - President, 2021–22
  - Co-Founder, Diversity, Equity & Inclusion Committee, 2021 to present
- Board Member, Turnaround Management Association of Southern California, 2023 to present
- Chair, Beverly Hills Bar Association Bankruptcy Section, 2014–15

## Community Connections

- Board Member, Pacific Southwest Region, Anti-Defamation League, 2017 to present.

**Exhibit 1**
**17**



**SAUL EWING** LLP

## STEVEN WERTH

He/Him

## Counsel

steven.werth@saul.com
(310) 255-6185

Primary Office
**Los Angeles**

# Overview

Steven Werth brings more than 25 years of experience to his work litigating complex causes of action on behalf of bankruptcy estates. He represents bankruptcy trustees seeking to avoid fraudulent transfers, pursuing wrongful distributions to Ponzi scheme participants, and locating hidden assets. He also litigates and tries real estate matters, including landlord–tenant disputes. Some of his experience in this area includes a claim over the ownership of a purported Banksy graffiti art image appearing on leased retail space in Los Angeles, and a lease default dispute involving a dance club closed due to COVID-related restrictions.

Steven's litigation experience also includes insurance coverage litigation, environmental contribution liability disputes under CERCLA and similar statutes, and avoidable transfer litigation and defense. He also represents clients in PACE (Commercial Property Assessed Clean Energy) financing litigation and lectures frequently on student loan debt dischargeability issues.

**Services**

Bankruptcy &
Restructuring

Bankruptcy Litigation

Environmental
Litigation

**Exhibit 1**
**18**



Steve has been named to the Southern California Super Lawyers list for Bankruptcy annually since 2023.

## Experience

Bankruptcy

Select representations include:

- A debtor undergoing a Chapter 7 bankruptcy in selling an art collection to an insider, including identifying and valuing more than 600 pieces of art.
- A creditor seeking to foreclose on collateral in receivership, after the debtor filed an intervening Chapter 7 bankruptcy petition.
- A German pharmaceutical company seeking expert testimony in a dispute in Singapore commercial court, relating to bankruptcy sales to non-disclosed insiders.
- A debtor with a 30-unit office building seeking to avoid imminent foreclosure, obtaining an additional 13 months to refinance or sell property.
- A bankruptcy estate seeking to prosecute operators of a Ponzi scheme, obtaining a freeze on $1 million in a secret bank account and return of the investor monies.
- A bankruptcy estate seeking to investigate operators of a Medicare-licensed hospice agency, discovering secret bank accounts and diversion of $2 million in assets, resulting in joint and several judgments against owners of the company.
- A golf course seeking Chapter 11 protection against litigation, obtaining an additional 18 months to refinance or sell property.
- A homeowners' association adjacent to a golf course in Chapter 11, successfully obtaining dismissal of the case and preventing the owner from converting the course to a residential development.
- A creditor in litigation against the principal of a company for encouraging delivery of a product while knowing the company was about to commence a liquidating bankruptcy case.
- A startup video entertainment company with a significant mall presence in California in renegotiating leases after COVID impacted revenue streams.

**Exhibit 1**
**19**

## Commercial Litigation

Select matters include:
- The landlord of a commercial building in an unlawful detainer trial regarding a tenant no longer operating due to COVID-related restrictions.
- An insurance coverage dispute relating to decades-old claims, resulting in discovery of additional insurance policies and additional coverage under known policies.
- Credit union litigation against an account holder who inadvertently received funds from other account holders and failed to return funds when transfers were discovered.
- Successfully represented a tenant at trial in litigation against a landlord to determine ownership of a Banksy appearing on a leased premises.
- A music industry professional group seeking to foreclose on copyright interests in a music catalogue to satisfy a multi-million-dollar judgment.

## Environmental

Select representations include:
- A landfill operator in three-way litigation with an adjacent homeowner and a municipality regarding cleanup expenses.
- A landfill operator in multi-decade contribution litigation regarding remediation expenses among more than 200 major waste contributors.
- The manufacturer of product asserted to be a pesticide that was not properly registered, in resolving a dispute prior to litigation.

# Credentials & Accolades

### Degrees

- J.D., University of Southern California School of Law, 1999
- B.A., Pomona College, 1996

### Honors & Awards

- Named to the Southern California Super Lawyers list for Bankruptcy, 2023 to present

# Bar Admissions

- California

**Exhibit 1**
**20**

# Court Admissions

- U.S. District Court for the Northern District of California
- U.S. District Court for the Southern District of California
- U.S. District Court for the Central District of California
- U.S. District Court for the Eastern District of California
- U.S. Court of Appeal for the Ninth Circuit

# Outside the Firm

Professional Involvement

- Board Member, Los Angeles Bankruptcy Forum
- Member, Los Angeles Self–Represented Litigants Committee

After Work

My long–term interest is in reforestation projects in the Willamette Valley. I also enjoy producing art of all kinds, including painting landscapes and still lifes of flowers. I once even painted a mural of the view outside my office window, that I placed on the wall opposite that window, so I would see the same view no matter where I turned. The view was terrible, but the painting turned out pretty good.

**Exhibit 1**
21



**SAUL EWING** LLP

## CAROL CHOW

**Counsel**

carol.chow@saul.com
(310) 255-6108

Primary Office
**Los Angeles**

## Overview

Carol Chow handles business and commercial litigation, as well as litigation pertaining to bankruptcies and other insolvency events. She is highly experienced in the preparation and trying of cases under the time pressures often found in complicated bankruptcy litigation.

**Services**

Bankruptcy & Restructuring

Bankruptcy Litigation

Litigation

**Industries**

Real Estate

Manufacturing

Entertainment, Music & the Arts

Carol represents clients on a wide range of disputes, including breach of contract, fraud, breach of fiduciary duty, negligence, unfair business practices, and declaratory relief. She also has extensive experience litigating bankruptcy disputes, including avoidance actions, plan confirmation, claims objections, and debt recharacterization. With a bachelor's degree in mathematics and computer science, Carol brings a deep understanding of finance and technology to her cases.

Carol represents debtors, trustees and creditors across various industries, including real estate, automotive, banking, manufacturing, and entertainment. She represents clients at both the trial and appellate levels.

## Credentials & Accolades

Degrees

- J.D., Stanford University, 1993
- B.S., University of California Los Angeles, 1990

**Exhibit 1**
**22**

# Bar Admissions

- California

# Court Admissions

- U.S. Court of Appeals for the Ninth Circuit
- U.S. District Court for the Central District of California
- U.S. District Court for the Northern District of California
- U.S. District Court for the Southern District of California

# Outside the Firm

Professional Involvement

- Los Angeles County Bar Association

**Exhibit 1**
**23**



## RYAN COY

**Associate**

ryan.coy@saul.com
(310) 255-6168

Primary Office
**Los Angeles**

## Overview

As a member of the firm's Bankruptcy and Restructuring Practice, Ryan Coy represents debtors, fiduciaries and creditors in bankruptcy cases, adversary proceedings and out-of-court restructurings. He has experience working on federal litigation related to chapter 11 and 7 cases in U.S. Bankruptcy Courts, U.S. district courts and federal appellate courts. Additionally, Ryan has experience working on general commercial litigation matters in California state courts. Ryan also advises clients and attorneys regarding bankruptcy, federal, and California law to make litigation recommendations and decisions, and he negotiates with opposing parties in dispute resolution.

Ryan was a law clerk for two judges in U.S. Bankruptcy Court for the Central District of California, the Honorable Deborah J. Saltzman and the Honorable Scott H. Yun. While in law school, he was an intern for the Honorable Paul L. Maloney in U.S. District Court for the Western District of Michigan and an extern for the Honorable Scott W. Dales in U.S. Bankruptcy Court for the Western District of Michigan.

**Services**

Bankruptcy &
Restructuring

Bankruptcy Litigation

Litigation

## Experience

Trustee Representations

- A liquidating trustee of a bankrupt large national law firm, handling and managing more than 40 litigation matters, which included serving as first-chair in a three-day bench trial before a U.S. District Court judge.

**Exhibit 1**
**24**

- A chapter 7 trustee pursuing litigation against a fraudulent transferee, including a two-day trial, and related federal appeals. Obtained affirmations of the trial judgment for the trustee in a published decision by the Bankruptcy Appellate Panel for the Ninth Circuit, and successfully defended the judgment before the Ninth Circuit.
- A chapter 7 trustee for a bankrupt general contracting company, pursuing dozens of fraudulent transfer and preferential transfer claims.
- Many chapter 7 trustees in pursuing sales of real properties in bankruptcy court, including related litigation like turnover of property.
- Many chapter 7 trustees in investigating, preparing, and filing complaints in bankruptcy court to avoid and recover claims on behalf of bankruptcy estates.
- Several trustees in pursuing claims against directors and officers of bankrupt companies for breach of fiduciary duty and other related professional conduct claims.
- Many chapter 7 trustees in pursuing turnover of property in bankruptcy cases and adversary proceedings.

## Debtor and Creditor Representations

- A debtor in handling litigation with class action creditors related to employment claims.
- A debtor is resolving disputes and an investigation by a trustee related to property of the bankruptcy estate.
- The largest secured creditor of a chapter 11 bankruptcy case in pursuing purchase of assets from the estate, objecting to administrative expenses and claims, and resolving other claim disputes with the plan trustee.
- The largest secured creditor of a chapter 7 bankruptcy case in pursuing litigation claims against a debtor and related third parties and objecting to claims in the case.
- Multiple creditors in pursuing claims in bankruptcy proceedings.

## Civil Litigation

- A business and individual from being sued by an ex-business partner in state court regarding a breach of contract, including assisting clients in bringing cross-claims and obtaining a favorable settlement.
- A business in a state court case against a large international insurance company for breach of contract, obtaining a high settlement for client.
- An international business in defending against a breach of contract lawsuit. Obtained a settlement and dismissal of the case.
- A cryptocurrency business in pursuing a breach of contract lawsuit in federal court. Obtained a settlement for the client.
- An assignee for the benefit of creditors of an insolvent business pursuing state court litigation against former directors and officers for breach of fiduciary duty and self-dealing.

**Exhibit 1**
25

# Credentials & Accolades

### Degrees

- J.D., *magna cum laude*, Michigan State University College of Law, 2018
  - Associate Editor, Michigan State Law Review
- B.S., Central Michigan University, 2015
  - Chapter President, Sigma Alpha Epsilon

### Honors & Awards

- Selected as a Rising Star in Bankruptcy by California Super Lawyers, 2023 to present
- Named to *The Best Lawyers in America*: Ones to Watch list in Bankruptcy and Creditor Debtor Rights / Insolvency and Reorganization Law and Commercial Litigation, 2024 to present
- Named to *The Best Lawyers in America*: Ones to Watch list in Litigation – Bankruptcy, 2024 and 2026

### Clerkships

- Judge Deborah J. Saltzman, U.S. Bankruptcy Court for the Central District of California
- Judge Scott H. Yun, U.S. Bankruptcy Court for the Central District of California

# Bar Admissions

- California

# Court Admissions

- U.S. District Court for the Central District of California
- U.S. District Court for the Northern District of California
- U.S. District Court for the Southern District of California
- U.S. District Court for the Eastern District of California
- U.S. Court of Appeals for the Ninth Circuit

# Outside the Firm

### Professional Involvement

- Board Member, Los Angeles Bankruptcy Forum
- Member, American Bankruptcy Institute (ABI)
- Member, Los Angeles Bankruptcy Forum (LABF)

**Exhibit 1**
**26**

- Member, Beverly Hills Bar Association (BHBA)

## After Work

Ryan enjoys traveling, golfing, watching and attending sporting events, trying new food places, and spending time outdoors with his wife and two dogs.

**Exhibit 1**
**27**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**Saul Ewing LLP, 1888 Century Park East, Suite 1500, Los Angeles, CA 90067**

A true and correct copy of the foregoing document entitled (*specify*): **Debtor's Application to Employ Saul Ewing, LLP as General Bankruptcy Counsel; and Statement of Disinterestedness** be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 19, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **September 19, 2025**,  I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**U.S. Trustee**
Ron Maroko
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017

Michael Jay Berger
9454 Wilshire Blvd 6th Fl
Beverly Hills, CA 90212-2929

**Debtor**
Thomas St. John, Inc.
10877 Wilshire Blvd.
Los Angeles, CA 90024

**See Attached 20 Largest Unsecured Creditors.**

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **September 19, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY:**
**Honorable Barry Russell**
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1660 / Courtroom 1668
Los Angeles, CA 90012

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 19, 2025 | Hannah Richmond | /s/ Hannah Richmond |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) (continued)**</u>:

- **Ron Bender**    rb@lnbyg.com
- **Michael Jay Berger**    michael.berger@bankruptcypower.com,
  yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- **Debra Brand**    dbrand@yaspanlaw.com
- **Jennifer Witherell Crastz**    jcrastz@hrhlaw.com
- **Stella A Havkin**    stella@havkinandshrago.com, shavkinesq@gmail.com
- **Gaye N Heck**    gheck@bbslaw.com
- **Gregory Kent Jones (TR)**    gjones@sycr.com,
  smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com
- **Jeffrey S Kwong**    jsk@lnbyg.com, jsk@ecf.inforuptcy.com
- **Matthew A Lesnick**    matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **Ron Maroko**    ron.maroko@usdoj.gov
- **Madison B Oberg**    madison@oberglawapc.com
- **Joseph M Rothberg**    jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- **Howard Ruddell**    hruddell@mooreruddell.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**

**In Re: Thomas St. John, Inc.**
**Case No. 2:25-bk-11641-BR**

**20 Largest Unsecured Creditors**

| | | |
|---|---|---|
| Agicap SAS<br>Immeuble Lyon Vaise Saint<br>Cyr 57-59<br>Rue Saint Cyr, 69009, Lyon<br>France | AMB Industry Group LLC<br>14141 Southwest Freeway<br>Sugar Land, TX 77478 | American Arbitration<br>Association<br>120 Broadway, 21st Floor<br>New York, NY 10271 |
| Center West<br>10877 Wilshire Blvd.,<br>Ste 300<br>Los Angeles, CA 90024 | Cypress Premium Funding<br>28202 Cabot Rd. Ste. 435<br>Laguna Niguel, CA 9267 | Datafaction Inc.<br>841 Apollo St.<br>El Segundo, CA 90245 |
| DE 16830, LLC<br>Douglas Emmett<br>Management, agent<br>1299 Ocean Ave., Ste. 1000<br>Santa Monica, CA 90401 | Douglas Emmet<br>1299 Ocean Ave<br>Santa Monica, CA 90401 | Douglas Emmett & Co.<br>808 Wilshire Blvd., 2nd Floor<br>Santa Monica, CA 90404 |
| Jackson Lewis P.C.<br>c/of Kevin D. Reese, Esq.<br>50 California Street, 9th Floor<br>San Francisco, CA 94111 | Klar Consulting LLC<br>197 Schoolhouse Road<br>Staatsburg, NY 12580 | Maintech, Inc.<br>14 Commerce Dr.<br>Clatskanie, OR 97016 |
| Rust August & Kabat<br>12424 Wilshire Blvd<br>Los Angeles, CA 90025 | Sklar Kirsh, LLP<br>1880 Century Park East<br>Los Angeles, CA 90067 | Sheridan Group<br>2045 Pontius Ave<br>Los Angeles, CA 90025 |
| Thomas St. John Group Inc.<br>16-19 Eastcastle St<br>Fitzrovia W1W8DY | Thomas St. John Limited<br>16-19 Eastcastle St<br>Fitzrovia W1W8DY | Thomas St. John Sweden AB<br>101 21<br>Stochholm Sweden |
| Tipalti Inc<br>1051 E Hillsdale Blvd. Ste.<br>600<br>San Mateo, CA 94404 | Wolters Kluwer<br>PO Box 5729<br>Carol Stream, IL 60197 | |