MICHAEL JAY BERGER (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Boulevard, 6th Floor
Beverly Hills, California 90212
T: (310) 27-.6223
F: (310) 271-9805
E-mail: Michael.Berger@bankruptcypower.com

Attorney for Debtor-in-Possession
Thomas St. John, Inc.

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Thomas St. John, Inc.,<br><br>          Debtor-in-Possession. | CASE NO.: 2:25-bk-11641-BR<br><br>Chapter 11 (Subchapter V)<br><br>**SUPPLEMENTAL DECLARATION OF MICHAEL JAY BERGER IN SUPPORT OF MOTION TO WITHDRAW AS DEBTOR'S BANKRUPTCY COUNSEL**<br><br>Date:      October 7, 2025<br>Time:     10:00 a.m.<br>Courtroom: 1668<br>Place:     255 East Temple Street<br>               Los Angeles, CA 90012 |

TO THE HONORABLE BARRY RUSSELL, JUDGE OF THE UNITED STATES BANKRUPTCY COURT, TO THE UNITED STATES TRUSTEE, SUBCHAPTER V TRUSTEE, THE DEBTOR, AND TO ALL INTERESTED PARTIES:

## DECLARATION OF MICHAEL JAY BERGER

I, Michael Jay Berger, declare as follows:

1.  I am the attorney for Thomas St. John, Inc. (the "Debtor"), the herein debtor and debtor-in-possession.

2.  I have personal knowledge of the facts set forth herein. If called as a witness herein, I could and would testify competently and truthfully as set forth herein.

3.  On August 15, 2025, I filed a Motion to Withdraw as Debtor's Bankruptcy Counsel [docket no.: 78]. In that motion, one of the grounds for withdrawal was described as the debtor's failure to pay counsel's "court-approved fees and costs."

4.  I submit this supplemental declaration to correct that statement. My fees and costs have not yet been approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on September 19, 2025 at Beverly Hills, California.

/s/ Michael Jay Berger
Michael Jay Berger

SUPPLEMENTAL DECLARATION OF MICHAEL JAY BERGER IN SUPPORT OF MOTION TO WITHDRAW AS DEBTOR'S BANKRUPTCY COUNSEL

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9454 Wilshire Blvd., 6th Fl., Beverly Hills CA 90212

A true and correct copy of the foregoing document entitled (*specify*): **Supplemental Declaration of Michael Jay Berger in Support of Motion to Withdraw as Debtor's Bankruptcy Counsel** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 9/19/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Interested Party: Ron Bender    rb@lnbyg.com
Michael Jay Berger    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
Interested Party: Debra Brand    dbrand@yaspanlaw.com
Leaf Capital Funding Jennifer Witherell Crastz    jcrastz@hrhlaw.com
Counsel for Center West: Stella A Havkin    stella@havkinandshrago.com, shavkinesq@gmail.com
Subchapter V Trustee: Gregory Kent Jones (TR)    gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com
Counsel for Estate of Phillip Lawrence, II: Jeffrey S Kwong    jsk@lnbyg.com, jsk@ecf.inforuptcy.com
Interested Party: Matthew A Lesnick    matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
U.S. Trustee: Ron Maroko    ron.maroko@usdoj.gov
Interested Parties Howard Ruddell    hruddell@mooreruddell.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Gaye N Heck    gheck@bbslaw.com
Counsel for David Gottlieb Chapter 7 Trustee: Joseph M Rothberg    jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On 9/19/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Thomas St. John – 10877 Wilshire Blvd., Los Angeles, CA 90024

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Honorable Barry Russell
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1660 / Courtroom 1668
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/19/2025 | Peter Garza | /s/Peter Garza |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

June 2012    F 9013-3.1.PROOF.SERVICE