MICHAEL JAY BERGER (State Bar # 100291)
SOFYA DAVTYAN (State Bar # 259544)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212-2929
Telephone:    (310) 271-6223
Facsimile:    (310) 271-9805
E-mail: Michael.Berger@bankruptcypower.com
E-mail: Sofya.Davtyan@bankruptcypower.com

Former Counsel for Debtor and Debtor-in-Possession,
Thomas St. John, Inc.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Thomas St. John, Inc.,<br><br>    Debtor and Debtor-in-Possession. | CASE NO.: 2:25-bk-11641-BR<br><br>Chapter 11<br><br>**CONDITIONAL OPPOSITION TO DEBTOR'S APPLICATION TO EMPLOY SAUL EWING, LLP AS GENERAL BANKRUPTCY COUNSEL**<br><br>*Hearing Scheduled For*<br>DATE: October 7, 2025<br>TIME: 10:00 a.m.<br>PLACE: Courtroom 1668<br>        255 East Temple Street<br>        Los Angeles, CA 90012 |

**TO THE HONORABLE BARRY RUSSELL, JUDGE OF THE UNITED STATES BANKRUPTCY COURT, TO THE UNITED STATES TRUSTEE, SECURED**

**CREDITORS, 20 LARGEST UNSECURED CREDITORS, AND TO ALL INTERESTED PARTIES:**

The Law Offices of Michael Jay Berger ("Former Counsel"), former counsel for the debtor-in-possession Thomas St. John, Inc. ("Debtor"), hereby submits this Conditional Opposition to Debtor's Application to Employ Saul Ewing, LLP ("Saul Ewing") as General Bankruptcy Counsel ("Employment Application") [docket no. 81], as follows:

The Employment Application indicates that Saul Ewing has requested a $75,000.00 retainer from Debtor. Former Counsel has a pending First Interim Fee Application before the Court ("Fee Application") [docket no. 73], that requests the Court approve $33,757.50 in fees and $811.11 in costs for Former Counsel's services rendered to Debtor. Former Counsel is holding a $19,146.00 prepetition retainer from Debtor, so on approval of the Fee Application Debtor would owe Former Counsel the balance of $15,422.61. Hearing on the Fee Application is set for October 7, 2025, concurrently with the hearing on the Employment Application.

Former Counsel opposes the Employment Application only if the $75,000.00 retainer sought by Ewing renders the Debtor unable to pay Former Counsel's approved fees under the Fee Application. The most recent monthly operating report submitted by Debtor, for the month of July 2025, indicates that as of July 31, 2025 the Debtor had approximately $19,068.16 in its debtor-in-possession accounts. Unless Debtor has realized more revenue in the interim, the $75,000.00 retainer sought by Ewing threatens to render the Debtor administratively insolvent, and unable to pay Former Counsel's approved fees.

WHEREFORE, Former Counsel opposes the Employment Application in the event that it would render the Debtor administratively insolvent, and requests the Court order the Debtor to

provide proof of funds sufficient to pay Ewing and Former Counsel prior to the approval of the Employment Application.

DATED: 9/24/2025

LAW OFFICES OF MICHAEL JAY BERGER

By: /s/ Michael J. Berger
Michael Jay Berger
Sofya Davtyan
Former Counsel for Debtor-in-Possession
Thomas St. John, Inc.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9454 Wilshire Blvd., 6th Fl., Beverly Hills CA 90212

A true and correct copy of the foregoing document entitled (*specify*): **Conditional Opposition to Debtor's Application to Employ Saul Ewing, LLP as General Bankruptcy Counsel** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 9/24/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Interested Party: Ron Bender    rb@lnbyg.com
Michael Jay Berger    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
Interested Party: Debra Brand    dbrand@yaspanlaw.com
Leaf Capital Funding Jennifer Witherell Crastz    jcrastz@hrhlaw.com
Counsel for Center West: Stella A Havkin    stella@havkinandshrago.com, shavkinesq@gmail.com
Subchapter V Trustee: Gregory Kent Jones (TR)    gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com
Counsel for Estate of Phillip Lawrence, II: Jeffrey S Kwong    jsk@lnbyg.com, jsk@ecf.inforuptcy.com
Interested Party: Matthew A Lesnick    matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
U.S. Trustee: Ron Maroko    ron.maroko@usdoj.gov
Interested Parties Howard Ruddell    hruddell@mooreruddell.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Gaye N Heck    gheck@bbslaw.com
Counsel for David Gottlieb Chapter 7 Trustee: Joseph M Rothberg    jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On 9/24/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Thomas St. John – 10877 Wilshire Blvd., Los Angeles, CA 90024

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _9/24/2025_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.
Honorable Barry Russell
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1660 / Courtroom 1668
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/24/2025 | Peter Garza | /s/Peter Garza |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                  **F 9013-3.1.PROOF.SERVICE**

F 9013-3.1.PROOF.SERVICE

**2. SERVED BY UNITED STATES MAIL:**

Subchapter V Trustee
Gregory Kent Jones, Esq.
Stradling Yocca Carlson & Rauth
10100 N. Santa Monica Blvd., Ste. 1400
Los Angeles, CA 90067

David Gottlieb, Chapter 7 Trustee for the Estate of Philip M. Lawrence II
21650 Oxnard St., Ste. 500
Woodland Hills, CA 91367

**SECURED CREDITORS:**

City National Bank
PO Box 60938
Los Angeles, CA 90060

Connection Financial Services
2330 I-30
Mesquite, TX 75150

Leaf Capital Funding, LLC
2005 Market Street, 14th Fl
Philadelphia, PA 19103

Leaf Capital Funding, LLC
c/o Hemar, Rousso & Heald, LLP
Attn: Jennifer Witherell Crastz
15910 Ventura Blvd., 12th Fl
Encino, CA 91436

Leaf Funding
Insurance Service Center
PO Box 202124
Florence, SC 29502

**20 LARGEST UNSECURED CREDITORS:**

AMB Industry Group LLC
14141 Southwest Freeway
Sugar Land, TX 77478

Agicap SAS
Immeuble Lyon Vaise Saint Cyr 57-59
Rue Saint Cyr, 69009, Lyon France

American Arbitration Association
120 Broadway, 21st Floor
New York, NY 10271

Center West
10877 Wilshire Blvd., Ste 300
Los Angeles, CA 90024

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                    F 9013-3.1.PROOF.SERVICE

Center West
c/o Stella Havkin, Esq.
21650 Oxnard St., Ste. 1540
Woodland Hills, CA 91367

Cypress Premium Funding
28202 Cabot Rd. Ste. 435
Laguna Niguel, CA 92677

DE 16830, LLC
Douglas Emmett Management, agent
1299 Ocean Ave., Ste. 1000
Santa Monica, CA 90401

Datafaction Inc.
841 Apollo St.
El Segundo, CA 90245

Douglas Emmet
1299 Ocean Ave
Santa Monica, CA 90401

Douglas Emmett & Co.
808 Wilshire Blvd., 2nd Floor
Santa Monica, CA 90404

Jackson Lewis P.C.
c/of Kevin D. Reese, Esq.
50 California Street, 9th Floor
San Francisco, CA 94111

Klar Consulting LLC
197 Schoolhouse Road
Staatsburg, NY 12580

Maintech, Inc.
14 Commerce Dr.
Clatskanie, OR 97016

Rust August & Kabat
12424 Wilshire Blvd
Los Angeles, CA 90025

Sheridan Group
2045 Pontius Ave
Los Angeles, CA 90025

Silver Sea Analytics Co.
5/514 Hoang Hoa Tham St.
Tay Ho Disrtict 100000
Hanoi, Vietnam

Sklar Kirsh, LLP
1880 Century Park East
Los Angeles, CA 90067

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

F 9013-3.1.PROOF.SERVICE

Tipalti Inc
1051 E Hillsdale Blvd. Ste. 600
San Mateo, CA 94404

Vinci Legal LTD
20 Grosvenor Place
London, SW1X7HN

Wolters Kluwer
PO Box 5729
Carol Stream, IL 60197

Zoom Video Communications
55 South Almaden Blvd
San Jose, CA 95113

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                    F 9013-3.1.PROOF.SERVICE