ZEV SHECHTMAN (BAR NO. 266280)
Zev.Shechtman@saul.com
RYAN COY (BAR NO. 324939)
ryan.coy@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

Proposed Attorneys for Thomas St. John, Inc.,
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>THOMAS ST. JOHN, INC.,<br><br>Debtor and Debtor in Possession. | Case No. 2:25-bk-11641-BR<br><br>Chapter 11 (Subchapter V)<br><br>**REPLY TO LAW OFFICES OF MICHAEL JAY BERGER'S CONDITIONAL OPPOSITION [DOC. NO. 88] TO DEBTOR'S APPLICATION TO EMPLOY SAUL EWING, LLP AS GENERAL BANKRUPTCY COUNSEL [DOC. NO. 81]**<br><br>Date:  October 7, 2025<br>Time:  10:00 a.m.<br>Place:  Courtroom 1668<br>255 E. Temple Street<br>Los Angeles, CA 90012 |

TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE, THE LAW OFFICES OF MICHAEL JAY BERGER, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL OTHER PARTIES IN INTEREST:

Thomas St. John, Inc. (the "Debtor"), by and through its proposed counsel, hereby submits this reply to the conditional opposition ("Opposition," Docket No. 88) filed by the Law Offices of Michael Jay Berger ("Berger"), and in support of the Debtor's Application to Employ Saul Ewing LLP as General Bankruptcy Counsel ("Application," Docket No. 81).

The Application seeks authority to employ Saul Ewing as Debtor's general bankruptcy counsel and to pay Saul Ewing a postpetition retainer of $75,000. The Application only seeks Court

1

approval of the retainer. Approval of the Application would not force the Debtor to pay a retainer if the Debtor lacks the funds. If the Debtor cannot afford the retainer, Saul Ewing will not be employed. The Debtor needs competent counsel. Employment of effective counsel is in the best interests of the estate and all creditors. The Debtor requests that the Court rule on the Application at the upcoming hearing to move the case forward.

In the Opposition, Berger argues that Debtor should not be authorized to retain Saul Ewing as counsel unless it can prove that it currently possesses funds sufficient to pay all existing administrative claims in full. The Opposition does not present a proper basis to deny employment or the retainer. First, the argument is premature, as this Court has not yet entered any order allowing an administrative claim against the Debtor's estate. Second, there is no requirement in the Bankruptcy Code that a Debtor must provide evidence of future ability to pay all administrative claims in full, as a condition of being authorized to employ counsel. If Berger wishes to obtain an order approving an administrative claim, or wishes to obtain an order compelling payment of that claim, counsel may file a motion seeking that relief. But those remedies are separate from, and irrelevant to, the question of whether the Application should be approved.

Moreover, debtors are generally not able to guarantee payment of administrative expenses months or years in the future. The Bankruptcy Code provides the framework for allowance and payment of administrative claims, and the Debtor must comply with those requirements. However, the fact that Debtor's former counsel may possess an administrative claim in the future is not a basis to delay the Debtor's engagement of new counsel, a matter of necessity for this case.

Accordingly, the Debtor respectfully requests that the Court overrule the Opposition and approve the Application to employ Saul Ewing in its entirety.

DATED: October 2, 2025           Respectfully submitted,

                                 SAUL EWING LLP

                                 By: _____
                                     ZEV SHECHTMAN
                                     RYAN COY
                                     Proposed Attorneys for Thomas St. John, Inc.,
                                     Debtor and Debtor in Possession

2

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**Saul Ewing LLP, 1888 Century Park East, Suite 1500, Los Angeles, CA 90067**

A true and correct copy of the foregoing document entitled (*specify*):**Reply to Law Offices of Michael Jay Berger's Conditional Opposition [Doc. No. 88] to Debtor's Application To Employ Saul Ewing, LLP as General Bankruptcy Counsel [Doc. No. 81]** be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 2, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)**October 2, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor**
Thomas St. John, Inc.
10877 Wilshire Blvd.
Los Angeles, CA 90024

Robert M. Law Offices of Robert M. Yaspan
21700 Oxnard Street Suite 1750
Woodland Hills, CA 91367

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **September 19, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 2, 2025 | Hannah Richmond | /s/ Hannah Richmond |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                             F 9013-3.1.PROOF.SERVICE

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) (continued)**:

- **Ron Bender**     rb@lnbyg.com
- **Michael Jay Berger**     michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- **Debra Brand**     brandlawcorp@gmail.com
- **Jennifer Witherell Crastz**     jcrastz@hrhlaw.com
- **Stella A Havkin**     stella@havkinandshrago.com, shavkinesq@gmail.com
- **Gaye N Heck**     gheck@bbslaw.com
- **Gregory Kent Jones (TR)**     gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com
- **Jeffrey S Kwong**     jsk@lnbyg.com, jsk@ecf.inforuptcy.com
- **Matthew A Lesnick**     matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **Ron Maroko**     ron.maroko@usdoj.gov
- **Madison B Oberg**     madison@oberglawapc.com
- **Joseph M Rothberg**     jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- **Howard Ruddell**     hruddell@mooreruddell.com
- **Zev Shechtman**     Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com
- **United States Trustee (LA)**     ustpregion16.la.ecf@usdoj.gov

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**