| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ZEV SHECHTMAN (BAR NO. 266280)<br>zev.shechtman@saul.com<br>RYAN COY (BAR NO. 324939)<br>ryan.coy@saul.com<br>SAUL EWING LLP<br>1888 Century Park East, Suite 1500<br>Los Angeles, California 90067<br>Telephone: (310) 255-6100<br>Facsimile: (310) 255-6200<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Thomas St. John, Inc., Debtor and Debtor in Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>THOMAS ST. JOHN, INC., | CASE NO.: 2:25-bk-11641-BR |
|---|---|
| | CHAPTER: 11 (Subchapter V) |
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion[1]*):<br>Application to Employ Saul Ewing, LLP as General Bankruptcy Counsel |
| Debtor and Debtor in Possession. | |

PLEASE TAKE NOTE that the order titled  Order Granting Debtor'd Application to Employ Saul Ewing LLP as General Counsel

was lodged on (*date*)  10/13/2025    and is attached. This order relates to the motion which is docket number 81.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.BK.NOTICE.LODGMENT**

# EXHIBIT A

1  ZEV SHECHTMAN (BAR NO. 266280)
   zev.shechtman@saul.com
2  RYAN COY (BAR NO. 324939)
   ryan.coy@saul.com
3  SAUL EWING LLP
   1888 Century Park East, Suite 1500
4  Los Angeles, California 90067
   Telephone: (310) 255-6100
5  Facsimile: (310) 255-6200

6  Attorneys for Thomas St. John, Inc., Debtor and
   Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

| | |
|---|---|
| In re | Case No. 2:25-bk-11641-BR |
| THOMAS ST. JOHN, INC., | Chapter 11 (Subchapter V) |
| Debtor and Debtor in Possession. | **ORDER GRANTING DEBTOR'S APPLICATION TO EMPLOY SAUL EWING LLP AS GENERAL COUNSEL** |
| | Date: October 7, 2025<br>Time: 10:00 a.m.<br>Crtrm.: 1668 |

At the above-captioned date, time, and place, the Court considered the *Debtor's Application to Employ Saul Ewing, LLP as General Bankruptcy Counsel* ("Application," Docket No. 81) filed by Thomas St. John, Inc. (the "Debtor"). Ryan Coy appeared on behalf of Saul Ewing LLP for the Debtor. All other appearances were made as noted in the record.

The Court having reviewed and considered the Application, the conditional opposition to the Application filed by the Law Offices of Michael J. Berger (Docket No. 88) (the "Opposition"), Debtor's reply to the Opposition (Docket No. 89), and all papers filed in support thereof, having found that notice of the Application was adequate and proper, and good cause appearing,

1 IT IS HEREBY ORDERED that:

2     1.    The Application is granted in its entirety.

3     2.    The Debtor is authorized to employ Saul Ewing LLP as its general counsel, effective October 7, 2025.

    3.    The Debtor is authorized to pay Saul Ewing LLP a $75,000 post-petition retainer.

###

2

**Exhibit A**
**4**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**Saul Ewing LLP, 1888 Century Park East, Suite 1500, Los Angeles, CA 90067**

A true and correct copy of the foregoing document entitled (*specify*):**Notice of Lodgment of Order in Bankruptcy Case** be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 13, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **October 13, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor**
Thomas St. John, Inc.
10877 Wilshire Blvd.
Los Angeles, CA 90024

Robert M. Law Offices of Robert M. Yaspan
21700 Oxnard Street Suite 1750
Woodland Hills, CA 91367

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 13, 2025 | Hannah Richmond | /s/ Hannah Richmond |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    F 9013-3.1.PROOF.SERVICE

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) (continued)**:

   - **Ron Bender**    rb@lnbyg.com
   - **Michael Jay Berger**    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
   - **Debra Brand**    brandlawcorp@gmail.com
   - **Jennifer Witherell Crastz**    jcrastz@hrhlaw.com
   - **Stella A Havkin**    stella@havkinandshrago.com, shavkinesq@gmail.com
   - **Gaye N Heck**    gheck@bbslaw.com
   - **Gregory Kent Jones (TR)**    gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com
   - **Jeffrey S Kwong**    jsk@lnbyg.com, jsk@ecf.inforuptcy.com
   - **Matthew A Lesnick**    matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
   - **Ron Maroko**    ron.maroko@usdoj.gov
   - **Madison B Oberg**    madison@oberglawapc.com
   - **Joseph M Rothberg**    jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
   - **Howard Ruddell**    hruddell@mooreruddell.com
   - **Zev Shechtman**    Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com
   - **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                **F 9013-3.1.PROOF.SERVICE**