MICHAEL JAY BERGER (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Boulevard, 6th Floor
Beverly Hills, California 90212
T: (310) 27-.6223
F: (310) 271-9805
E-mail: Michael.Berger@bankruptcypower.com

Attorney for Debtor-in-Possession
Thomas St. John, Inc.

**FILED & ENTERED**

**OCT 15 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** fortier   **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Thomas St. John, Inc.,<br><br>                Debtor-in-Possession. | CASE NO.: 2:25-bk-11641-BR<br><br>Chapter 11 (Subchapter V)<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS DEBTOR'S BANKRUPTCY COUNSEL**<br><br>*Hearing Held:*<br>Date:        October 7, 2025<br>Time:        10:00 a.m.<br>Courtroom:   1668<br>Place:       255 East Temple Street<br>             Los Angeles, CA 90012 |

The Court, having reviewed the Motion to Withdraw as Debtor's Bankruptcy Counsel (the "Motion") [docket no. 78] for Debtor Thomas St. John, Inc., filed by the Law Offices of Michael Jay Berger, and good cause appearing,

IT IS HEREBY ORDERED that the Motion is GRANTED.


###


Date: October 15, 2025

Barry Russell
United States Bankruptcy Judge

2
ORDER GRANTING MOTION TO WITHDRAW AS DEBTOR'S BANKRUPTCY COUNSEL