| Attorney or Professional Name, Address, Telephone and FAX | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |

| In re: | Chapter 11 Case Number |
|---|---|
| | **Professional Fee Statement**<br><br>Number:_____<br>Month of:      _____, 20____ |
| Debtor | |

| | |
|---|---|
| 1. Name of Professional: | |
| 2. Date of entry of order approving employment of the professional: | |
| 3. Total amount of pre-petition payments received by the professional: | $ |
| 4. Less: Total amount of pre-petition services rendered and expenses: | - |
| 5. Balance of funds remaining on date of filing of petition: | $ |
| 6. Less: Total amount of all services rendered per prior fee statements: (Line 6 is not used when filing Statement Number 1). | - |
| 7. Less: Total amount of services and expenses this reporting period: | - |
| 8. Balance of funds remaining for next reporting period: | $ |

DETAILED DOCUMENTATION SUPPORTING THE PROFESSIONAL FEES EARNED AND THE EXPENSES INCURRED DURING THIS REPORTING PERIOD HAS BEEN SERVED ON THE UNITED STATES TRUSTEE.  A COPY OF THE DETAILED DOCUMENTATION WILL BE PROVIDED BY THE PROFESSIONAL TO ANY PARTY UPON REQUEST.  FEES AND COSTS WILL BE WITHDRAWN FROM THE TRUST ACCOUNT IN THE AMOUNT STATED IN ITEM 7 ABOVE UNLESS AN OBJECTION IS FILED WITH THE CLERK OF THE COURT AND SERVED ON THE PROFESSIONAL NAMED ABOVE WITHIN 10 DAYS FROM THE DATE OF SERVICE OF THIS STATEMENT.

| 9. Total number of pages attached hereto: | |
|---|---|

The above is a true and correct statement of fees earned and expenses incurred during the indicated reporting period.

Dated:         11

Type Name of Professional                                   Signature of Professional


Type Name of Attorney for Professional (if applicable)      Signature of Attorney for Professional (if applicable)

---

Revised September 2012            PROFESSIONAL FEE STATEMENT (Page 1 of 2)            USTR16-6.0

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**Saul Ewing LLP, 1888 Century Park East, Suite 1500, Los Angeles, CA 90067**

A true and correct copy of the foregoing document entitled (*specify*): **Professional Fee Statement** be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **November 11, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **November 11, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**United States Trustee**
Ron Maroko
915 Wilshire Blvd., Ste 1850
Los Angeles, CA 90017

Robert M. Law Offices of Robert M. Yaspan
21700 Oxnard Street Suite 1750
Woodland Hills, CA 91367

**Debtor**
Thomas St. John, Inc.
10877 Wilshire Blvd.
Los Angeles, CA 90024

**See Attached Creditor Matrix**

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 11, 2025 | Hannah Richmond | /s/ Hannah Richmond |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) (continued)**</u>:

- **Ron Bender**    rb@lnbyg.com
- **Debra Brand**    brandlawcorp@gmail.com
- **Jennifer Witherell Crastz**    jcrastz@hrhlaw.com
- **Stella A Havkin**    stella@havkinandshrago.com, shavkinesq@gmail.com
- **Gaye N Heck**    gheck@bbslaw.com
- **Gregory Kent Jones (TR)**    gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com
- **Jeffrey S Kwong**    jsk@lnbyg.com, jsk@ecf.inforuptcy.com
- **Matthew A Lesnick**    matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **Ron Maroko**    ron.maroko@usdoj.gov
- **Madison B Oberg**    madison@oberglawapc.com
- **Joseph M Rothberg**    jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- **Howard Ruddell**    hruddell@mooreruddell.com
- **Zev Shechtman**    Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    **F 9013-3.1.PROOF.SERVICE**

**In Re: Thomas St. John, Inc.**
**Case No. 2:25-bk-11641-BR**

**20 Largest Unsecured Creditors**

| | | |
|---|---|---|
| Agicap SAS<br>Immeuble Lyon Vaise Saint Cyr 57-59<br>Rue Saint Cyr, 69009, Lyon France | AMB Industry Group LLC<br>14141 Southwest Freeway<br>Sugar Land, TX 77478 | American Arbitration Association<br>120 Broadway, 21st Floor<br>New York, NY 10271 |
| ~~Center West~~<br>~~10877 Wilshire Blvd., Ste 300~~<br>~~Los Angeles, CA 90024~~<br>**RETURNED** | Cypress Premium Funding<br>28202 Cabot Rd. Ste. 435<br>Laguna Niguel, CA 9267 | Datafaction Inc.<br>841 Apollo St.<br>El Segundo, CA 90245 |
| DE 16830, LLC<br>Douglas Emmett Management, agent<br>1299 Ocean Ave., Ste. 1000<br>Santa Monica, CA 90401 | Douglas Emmet<br>1299 Ocean Ave<br>Santa Monica, CA 90401 | ~~Douglas Emmett & Co.~~<br>~~808 Wilshire Blvd., 2nd Floor~~<br>~~Santa Monica, CA 90404~~<br>**RETURNED** |
| Jackson Lewis P.C.<br>c/of Kevin D. Reese, Esq.<br>50 California Street, 9th Floor<br>San Francisco, CA 94111 | Klar Consulting LLC<br>197 Schoolhouse Road<br>Staatsburg, NY 12580 | ~~Maintech, Inc.~~<br>~~14 Commerce Dr.~~<br>~~Clatskanie, OR 97016~~<br>**RETURNED** |
| Rust August & Kabat<br>12424 Wilshire Blvd<br>Los Angeles, CA 90025 | Sklar Kirsh, LLP<br>1880 Century Park East<br>Los Angeles, CA 90067 | Sheridan Group<br>2045 Pontius Ave<br>Los Angeles, CA 90025 |
| ~~Thomas St. John Group Inc.~~<br>~~16-19 Eastcastle St~~<br>~~Fitzrovia W1W8DY~~<br>**RETURNED** | ~~Thomas St. John Limited~~<br>~~16-19 Eastcastle St~~<br>~~Fitzrovia W1W8DY~~<br>**RETURNED** | ~~Thomas St. John Sweden AB~~<br>~~101 21~~<br>~~Stochholm Sweden~~<br>**RETURNED** |
| Tipalti Inc<br>1051 E Hillsdale Blvd. Ste. 600<br>San Mateo, CA 94404 | Wolters Kluwer<br>PO Box 5729<br>Carol Stream, IL 60197 | |

56325069.1
395611-00001