| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ZEV SHECHTMAN (BAR NO. 266280)<br>Zev.Shechtman@saul.com<br>STEVEN F. WERTH (BAR NO. 205434)<br>steven.werth@saul.com<br>SAUL EWING LLP<br>1888 Century Park East, Suite 1500<br>Los Angeles, California 90067<br>Telephone:  (310) 255-6100<br>Facsimile:  (310) 255-6200 | |

☐ *Individual appearing without attorney*
☒ *Attorney for:* Thomas St. John, Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -  LOS ANGELES DIVISION**

| In re:<br><br>THOMAS ST. JOHN, INC.,<br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:25-bk-11641-BR<br><br>CHAPTER: 11                       Subchapter V<br><br><br>**DEBTOR'S MOTION TO CONVERT CASE UNDER 11 U.S.C. §§ 706(a) OR 1112(a)** |
|---|---|

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

1.  Debtor hereby moves this court for an Order converting the above chapter <u>11</u> case to a case under chapter <u>7</u> on the grounds set forth below:

2.  **Filing Information:**

    a.  ☒  A Voluntary Petition under chapter          ☐ 7    ☒ 11    ☐ 12    ☐ 13    was filed on: <u>02/28/2025</u>

    b.  ☐  An Involuntary Petition under chapter     ☐ 7    ☐ 11    was filed on: _____
        ☐  An Order of Relief under chapter            ☐ 7    ☐ 11    was entered on: _____

    c.  ☐  An Order of Conversion to chapter          ☐ 7    ☐ 11    ☐ 12    ☐ 13    was entered on: _____

    d.  ☐  Other *(specify)*: _____
        _____
        _____

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

3.  **Procedural Status**

    a.  Name of trustee appointed *(if any)*:  Gregory Jones, Subchapter V Trustee

    b.  Name of attorney of record for trustee *(if any)*:  n/a

4.  Debtor alleges that this case has not been previously converted.

5.  Debtor alleges that the motion is filed in good faith, and that Debtor is eligible for relief under the chapter for which conversion is requested.

WHEREFORE, Debtor prays that this court issue an Order (the form of which is submitted herewith and has been served) converting this case from one under chapter  11  to a case under chapter  7  .

Date:   05/11/2026

Respectfully submitted,

Saul Ewing, LLP
Printed name of law firm

Signature

Zev Shechtman on behalf of Thomas St. John, Inc.
Printed name of Debtor/trustee

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**Saul Ewing LLP, 1888 Century Park East, Suite 1500, Los Angeles, CA 90067**

A true and correct copy of the foregoing document entitled (*specify*):**Debtor's Motion to Convert Case
Under 11 U.S.C. §§ 706(a) OR 1112(a)** be served or was served **(a)** on the judge in chambers in the form and manner
required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
**May 12, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **May 12, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge will be completed no later than 24 hours after the document is filed.

**United States Trustee**                                          **See Attached Creditor Matrix**
Ron Maroko
915 Wilshire Blvd., Ste 1850
Los Angeles, CA 90017

Robert M. Law Offices of Robert M. Yaspan
21700 Oxnard Street Suite 1750
Woodland Hills, CA 91367

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **_____**,  I served the
following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 12, 2026 | Hannah Richmond | /s/ Hannah Richmond |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) (continued)**</u>:

- **Ron Bender**    rb@lnbyg.com
- **Anthony Bisconti**    tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- **Debra Brand**    brandlawcorp@gmail.com
- **Jennifer Witherell Crastz**    jcrastz@hrhlaw.com
- **Stella A Havkin**    stella@havkinandshrago.com, shavkinesq@gmail.com
- **Gaye N Heck**    gheck@bbslaw.com
- **Gregory Kent Jones (TR)**    gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com
- **Jeffrey S Kwong**    jsk@lnbyg.com, jsk@ecf.inforuptcy.com
- **Matthew A Lesnick**    matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com;porpe@lesnickprince.com
- **Ron Maroko**    ron.maroko@usdoj.gov
- **Madison B Oberg**    madison@oberglawapc.com
- **Joseph M Rothberg**    jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- **Howard Ruddell**    hruddell@mooreruddell.com
- **Zev Shechtman**    Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Steven Werth**    steven.werth@saul.com, swerth@ecf.courtdrive.com;hannah.richmond@saul.com;litigationdocketing@saul.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**In Re: Thomas St. John, Inc.**
**Case No. 2:25-bk-11641-BR**

**20 Largest Unsecured Creditors**

Agicap SAS
Immeuble Lyon Vaise Saint
Cyr 57-59
Rue Saint Cyr, 69009, Lyon
France

AMB Industry Group LLC
14141 Southwest Freeway
Sugar Land, TX 77478

American Arbitration
Association
120 Broadway, 21st Floor
New York, NY 10271

~~Center West~~
~~10877 Wilshire Blvd.,~~
~~Ste 300~~
~~Los Angeles, CA 90024~~
**RETURNED**

Cypress Premium Funding
28202 Cabot Rd. Ste. 435
Laguna Niguel, CA 9267

Datafaction Inc.
841 Apollo St.
El Segundo, CA 90245

DE 16830, LLC
Douglas Emmett
Management, agent
1299 Ocean Ave., Ste. 1000
Santa Monica, CA 90401

Douglas Emmet
1299 Ocean Ave
Santa Monica, CA 90401

~~Douglas Emmett & Co.~~
~~808 Wilshire Blvd., 2nd Floor~~
~~Santa Monica, CA 90404~~
**RETURNED**

Jackson Lewis P.C.
c/of Kevin D. Reese, Esq.
50 California Street, 9th Floor
San Francisco, CA 94111

Klar Consulting LLC
197 Schoolhouse Road
Staatsburg, NY 12580

~~Maintech, Inc.~~
~~14 Commerce Dr.~~
~~Clatskanie, OR 97016~~
**RETURNED**

Rust August & Kabat
12424 Wilshire Blvd
Los Angeles, CA 90025

Sklar Kirsh, LLP
1880 Century Park East
Los Angeles, CA 90067

Sheridan Group
2045 Pontius Ave
Los Angeles, CA 90025

~~Thomas St. John Group Inc.~~
~~16-19 Eastcastle St~~
~~Fitzrovia W1W8DY~~
**RETURNED**

~~Thomas St. John Limited~~
~~16-19 Eastcastle St~~
~~Fitzrovia W1W8DY~~
**RETURNED**

~~Thomas St. John Sweden AB~~
~~101 21~~
~~Stockholm Sweden~~
**RETURNED**

Tipalti Inc
1051 E Hillsdale Blvd. Ste.
600
San Mateo, CA 94404

Wolters Kluwer
PO Box 5729
Carol Stream, IL 60197

56325069.1
395611-00001