| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Zev Shechtman (BAR NO. 266280)<br>zev.shechtman@saul.com<br>Steven F. Werth (BAR NO. 205434)<br>steven.werth@saul.com<br>SAUL EWING LLP<br>1888 Century Park East, Suite 1500<br>Los Angeles, CA 90067<br>Telephone: (310) 255-6100<br>Facsimile: (310) 255-6200<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Thomas St. John, Debtor in Possession | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br>THOMAS ST. JOHN, INC., | CASE NO.: 2:25-bk-11641-BR<br><br>CHAPTER: 11 |
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion[1]*):<br>Debtor's Motion to Convert Case Under 11 U.S.C. §§ 706(a) or 1112(a) |
| Debtor(s) | |

PLEASE TAKE NOTE that the order titled Order On Debtor's Motion To Convert Case Under 11 U.S.C. §§ 706(a) or 1112(a)

was lodged on (*date*) May 12, 2026 and is attached. This order relates to the motion which is docket number 120.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# EXHIBIT A

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>ZEV SHECHTMAN (BAR NO. 266280)<br>Zev.Shechtman@saul.com<br>STEVEN F. WERTH (BAR NO. 205434)<br>steven.werth@saul.com<br>SAUL EWING LLP<br>1888 Century Park East, Suite 1500<br>Los Angeles, California 90067<br>Telephone: (310) 255-6100<br>Facsimile: (310) 255-6200<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: Thomas St. John, Debtor in Possession | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*LOS ANGELES* DIVISION**

| In re:<br><br>THOMAS ST. JOHN, INC.,<br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:25-bk-11641-BR<br><br>CHAPTER: 11 |
|---|---|
| | **ORDER ON DEBTOR'S MOTION TO CONVERT CASE UNDER**<br>**11 U.S.C. §§ 706(a) or 1112(a)** |
| | [No Hearing Required] |

Pursuant to LBR 1017-1, Debtor moved to convert this chapter 11 case to a case under chapter 7.

FINDING that this case was not previously converted from another chapter and Debtor is entitled to relief under the chapter to which conversion is sought, the court orders as follows:

1. ☐ Motion granted. This case is converted to chapter _____ pursuant to 11 U.S.C. § 706(a). If this case is being converted to chapter 13, Debtor must file a Chapter 13 Plan no later than 14 days after the date of the entry of this order.

2. ☒ Motion granted. This case is converted to chapter 7 pursuant to 11 U.S.C. § 1112(a).

   a. Within 14 days of the date of this order, the debtor in possession or chapter 11 trustee, if the Debtor is not a debtor in possession, must file a schedule of unpaid debts incurred after commencement of the chapter 11 case.

   b. Within 30 days of the date of this order, the debtor in possession or chapter 11 trustee, if the Debtor is not a debtor in possession, must file and transmit to the United States trustee a final report and account.

   c. The Debtor or chapter 11 trustee, if the Debtor is not a debtor in possession, must immediately turn over to the chapter 7 trustee all records and property of the estate remaining in its custody and control.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                  Page 1                                  **F 1017-1.1.ORDER.DEBTOR.CONVERT**

**Exhibit A**
3

d.  Within 14 days of the date of this order, the Debtor must file the statements and schedules required by FRBP 1019(1)(A) and 1007, if such documents have not already been filed.

e.  If the Debtor is an individual, within 30 days of the date of this order or before the first date set for the meeting of creditors, whichever is earlier, Debtor must file a statement of intention with respect to retention or surrender of property securing consumer debts.

f.  Within 30 days of the date of this order, the Debtor must, if the case is converted AFTER confirmation of a plan, file:

(1)  A schedule of all property not listed in the final report and account which was acquired after commencement of the chapter 11 case but before entry of this order.

(2)  A schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the chapter 11 case but before entry of this order, and

(3)  A schedule of unpaid debts not listed in the final report and account which were incurred after the commencement of the chapter 11 case but before entry of this order.

3.  ☐ Motion denied without prejudice on the following grounds *(specify):*      ☐  See attached page

4.  ☐ Motion denied with prejudice on the following grounds:

a.  ☐ Case previously converted under 11 U.S.C. §   ☐ 1112   ☐ 1208   ☐ 1307

b.  ☐ Debtor is not an eligible debtor under the chapter to which conversion is sought

c.  ☐ Debtor is not acting or has not acted in good faith and, therefore, is not eligible to be a debtor under chapters 11, 12 or 13

d.  ☐ Debtor is not a debtor in possession as required under 11 U.S.C. § 1112

e.  ☐ Case was originally commenced as an involuntary chapter 11 case and is not eligible for automatic conversion under 11 U.S.C. § 1112

5  ☐ This matter is set for hearing as follows:   *Date*:          *Time*:          *Courtroom*:
   Address of courtroom:

6.  ☐ Notice is required as follows (*specify*): _____          ☐ See attached page

7.  ☐ Court further orders as follows (*specify*): _____          ☐ See attached page

###

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**Exhibit A**

4

 **Bankruptcy LODGED ORDER UPLOAD FORM**

Tuesday, May 12, 2026

CONFIRMATION :

 Your Lodged Order Info:
( **11348220.docx** )
  A new order has been added

- **Office**:  Los Angeles
- **Case Title**:  Thomas St. John, Inc.
- **Case Number**:  25-11641
- **Judge Initial**:  BR
- **Case Type**:  bk ( Bankruptcy )
- **Document Number**:  120
- **On Date**:  05/12/2026 @ 06:42 PM

Thank You!

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012

**Exhibit A**
**5**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**Saul Ewing LLP, 1888 Century Park East, Suite 1500, Los Angeles, CA 90067**

A true and correct copy of the foregoing document entitled (*specify*):**Notice of Lodgment of Order In Bankruptcy Case Re: Debtor's Motion To Convert Case Under 11 U.S.C. §§ 706(a) or 1112(a)** be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **May 26, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **May 26, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**United States Trustee**                                    **See Attached Creditor Matrix**
Ron Maroko
915 Wilshire Blvd., Ste 1850
Los Angeles, CA 90017

Robert M. Law Offices of Robert M. Yaspan
21700 Oxnard Street Suite 1750
Woodland Hills, CA 91367

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____,  I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 26, 2026 | Hannah Richmond | /s/ Hannah Richmond |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                        **F 9013-3.1.PROOF.SERVICE**

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) (continued)**</u>:

- **Ron Bender**    rb@lnbyg.com
- **Anthony Bisconti**    tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- **Debra Brand**    brandlawcorp@gmail.com
- **Jennifer Witherell Crastz**    jcrastz@hrhlaw.com
- **Stella A Havkin**    stella@havkinandshrago.com, shavkinesq@gmail.com
- **Gaye N Heck**    gheck@bbslaw.com
- **Gregory Kent Jones (TR)**    gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com
- **Jeffrey S Kwong**    jsk@lnbyg.com, jsk@ecf.inforuptcy.com
- **Matthew A Lesnick**    matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com;porpe@lesnickprince.com
- **Ron Maroko**    ron.maroko@usdoj.gov
- **Madison B Oberg**    madison@oberglawapc.com
- **Joseph M Rothberg**    jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- **Howard Ruddell**    hruddell@mooreruddell.com
- **Zev Shechtman**    Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Steven Werth**    steven.werth@saul.com, swerth@ecf.courtdrive.com;hannah.richmond@saul.com;litigationdocketing@saul.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**In Re: Thomas St. John, Inc.**
**Case No. 2:25-bk-11641-BR**

**20 Largest Unsecured Creditors**

| | | |
|---|---|---|
| Agicap SAS<br>Immeuble Lyon Vaise Saint Cyr 57-59<br>Rue Saint Cyr, 69009, Lyon France | AMB Industry Group LLC<br>14141 Southwest Freeway<br>Sugar Land, TX 77478 | American Arbitration Association<br>120 Broadway, 21st Floor<br>New York, NY 10271 |
| ~~Center West~~<br>~~10877 Wilshire Blvd.,~~<br>~~Ste 300~~<br>~~Los Angeles, CA 90024~~<br>**RETURNED** | Cypress Premium Funding<br>28202 Cabot Rd. Ste. 435<br>Laguna Niguel, CA 9267 | Datafaction Inc.<br>841 Apollo St.<br>El Segundo, CA 90245 |
| DE 16830, LLC<br>Douglas Emmett<br>Management, agent<br>1299 Ocean Ave., Ste. 1000<br>Santa Monica, CA 90401 | Douglas Emmet<br>1299 Ocean Ave<br>Santa Monica, CA 90401 | ~~Douglas Emmett & Co.~~<br>~~808 Wilshire Blvd., 2nd Floor~~<br>~~Santa Monica, CA 90404~~<br>**RETURNED** |
| Jackson Lewis P.C.<br>c/of Kevin D. Reese, Esq.<br>50 California Street, 9th Floor<br>San Francisco, CA 94111 | Klar Consulting LLC<br>197 Schoolhouse Road<br>Staatsburg, NY 12580 | ~~Maintech, Inc.~~<br>~~14 Commerce Dr.~~<br>~~Clatskanie, OR 97016~~<br>**RETURNED** |
| Rust August & Kabat<br>12424 Wilshire Blvd<br>Los Angeles, CA 90025 | Sklar Kirsh, LLP<br>1880 Century Park East<br>Los Angeles, CA 90067 | Sheridan Group<br>2045 Pontius Ave<br>Los Angeles, CA 90025 |
| ~~Thomas St. John Group Inc.~~<br>~~16-19 Eastcastle St~~<br>~~Fitzrovia W1W8DY~~<br>**RETURNED** | ~~Thomas St. John Limited~~<br>~~16-19 Eastcastle St~~<br>~~Fitzrovia W1W8DY~~<br>**RETURNED** | ~~Thomas St. John Sweden AB~~<br>~~101 21~~<br>~~Stockholm Sweden~~<br>**RETURNED** |
| Tipalti Inc<br>1051 E Hillsdale Blvd. Ste. 600<br>San Mateo, CA 94404 | Wolters Kluwer<br>PO Box 5729<br>Carol Stream, IL 60197 | |

56325069.1
395611-00001